B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re  **Tarragon Corporation, et al.**  
Debtor(s)

Case No.  **09-**  
Chapter  **11**

## CONSOLIDATED LIST OF CREDITORS HOLDING
## 30 LARGEST UNSECURED CLAIMS

800 Madison Street Urban Renewal, LLC, 900 Monroe Development LLC, Bermuda Island Tarragon LLC, Block 88 Development, LLC, Central Square Tarragon LLC, Charleston Tarragon Manager, LLC, Fenwick Plantation Tarragon, LLC, Omni Equities Corporation, One Las Olas, Ltd., Orion Towers Tarragon, LLP, Orlando Central Park Tarragon L.L.C., The Park Development East, LLC, The Park Development West, LLC, Tarragon Corporation, Tarragon Development Company LLC, Tarragon Development Corporation, Tarragon Edgewater Associates, LLC, Tarragon Management, Inc., Tarragon South Development Corp. and Vista Lakes Tarragon, LLC, (collectively, the "Debtors") each filed a petition in this Court on January 12, 2009 for relief under chapter 11 of title 11 of the United States Code.  In lieu of a separate list for each of the Debtors, the Debtors submit this consolidated list of the 30 largest unsecured creditors of the Debtors (the "Top 30 List").  The Top 30 List is based on the Debtors' books and records as of approximately January 12, 2009 and was prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' chapter 11.  The Top 30 list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Taberna Capital Management LLC**<br>**c/o Cohen Bros. & Company**<br>**450 Park, 23rd Floor**<br>**New York, NY  10022** | **Taberna Capital Management LLC**<br>**c/o Cohen Bros. & Company**<br>**450 Park, 23rd Floor**<br>**New York, NY  10022** | | | **125,972,840.28** |
| **AJD Construction Company, LLC**<br>**948 Highway 36**<br>**Leonardo, NJ  07737** | **AJD Construction Company, LLC**<br>**948 Highway 36**<br>**Leonardo, NJ  07737** | | | **2,897,978.00** |
| **Omni Boys North Ltd. (Zipes Note)**<br>**c/o Richard Zipes**<br>**112 Nurmi Drive**<br>**Fort Lauderdale, FL  33301** | **Omni Boys North Ltd. (Zipes Note)**<br>**c/o Richard Zipes**<br>**112 Nurmi Drive**<br>**Fort Lauderdale, FL  33301** | | | **1,026.846.01** |
| **Sovor Associates (290 Veterans)**<br>**c/o Peter B. Eddy, Esquire, Williams, Caliri, Miller & Otley, P.C.**<br>**1428 Route 23**<br>**Wayne, NJ  07470-0995** | **Sovor Associates (290 Veterans)**<br>**c/o Peter B. Eddy, Esquire, Williams, Caliri, Miller & Otley, P.C.**<br>**1428 Route 23**<br>**Wayne, NJ  07470-0995** | | | **600,000.00** |
| **Bank of America**<br>**Mail Code GA2-002-05-12**<br>**P.O. Box 105483**<br>**Atlanta, GA  30348-5483** | **Bank of America**<br>**Mail Code GA2-002-05-12**<br>**P.O. Box 105483**<br>**Atlanta, GA  30348-5483** | | | **261,235.62** |
| **United Healthcare Insurance Co.**<br>**22703 Network Place**<br>**Chicago, IL  60673-1227** | **United Healthcare Insurance Co.**<br>**22703 Network Place**<br>**Chicago, IL  60673-1227** | | | **158,073.93** |
| **Steelways Inc.**<br>**401 S. Water St.**<br>**Newburgh, NY  12553** | **Steelways Inc.**<br>**401 S. Water St.**<br>**Newburgh, NY  12553** | | | **118,125.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Tarragon Corporation, et al.**    Case No. **09-**

Debtor(s)

# CONSOLIDATED LIST OF CREDITORS HOLDING
# 30 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| iStar FM Loans, LLC<br>GPO<br>P.O. Box 26480<br>New York, NY 10087-6480 | iStar FM Loans, LLC<br>GPO<br>P.O. Box 26480<br>New York, NY 10087-6480 | | | 104,964.15 |
| Posner Advertising<br>30 Broad St.<br>New York, NY 10004 | Posner Advertising<br>30 Broad St.<br>New York, NY 10004 | | | 89,672.65 |
| Mahoney Cohen & Company CPA PC<br>1065 Avenue of the Americas<br>New York, NY 10018 | Mahoney Cohen & Company CPA PC<br>1065 Avenue of the Americas<br>New York, NY 10018 | | | 83,229.00 |
| Winter Management Corp.<br>P.O. Box 21076A<br>New York, NY 10286-2076 | Winter Management Corp.<br>P.O. Box 21076A<br>New York, NY 10286-2076 | | | 64,147.67 |
| Tricony CFC, LLC<br>5900 N. Andrews Avenue, Suite 624<br>Fort Lauderdale, FL 33309 | Tricony CFC, LLC<br>5900 N. Andrews Avenue, Suite 624<br>Fort Lauderdale, FL 33309 | | | 48,051.11 |
| The Crossings at Fleming Island CDD<br>c/o Clay County Utility Authority<br>3176 Old Jennings Rd.<br>Middleburg, FL 32068 | The Crossings at Fleming Island CDD<br>c/o Clay County Utility Authority<br>3176 Old Jennings Rd.<br>Middleburg, FL 32068 | | | 39,497.51 |
| EC Enterprises Consultants, LLC<br>11 Kensington Ave.<br>Emerson, NJ 07630 | EC Enterprises Consultants, LLC<br>11 Kensington Ave.<br>Emerson, NJ 07630 | | | 34,822.39 |
| Devon Design, LLC<br>2472 Hemlock Farms<br>Lords Valley, PA 18428 | Devon Design, LLC<br>2472 Hemlock Farms<br>Lords Valley, PA 18428 | | | 33,672.23 |
| ESCC<br>149 Madison Ave/Suite 501<br>New York, NY 10016 | ESCC<br>149 Madison Ave/Suite 501<br>New York, NY 10016 | | | 32,030.00 |
| NANC Construction Services<br>1544 E. Harmony Lakes Circle<br>Davie, FL 33324 | NANC Construction Services<br>1544 E. Harmony Lakes Circle<br>Davie, FL 33324 | | | 30,138.81 |
| Regions Bank<br>Commercial Loan Processing Ctr<br>1751 Congressman Dickenson<br>Montgomery, AL 36109 | Regions Bank<br>Commercial Loan Processing Ctr<br>1751 Congressman Dickenson<br>Montgomery, AL 36109 | | | 24,642.58 |
| K Langford Lawn Care Inc.<br>230 3rd Street<br>Naples, FL 34120 | K Langford Lawn Care Inc.<br>230 3rd Street<br>Naples, FL 34120 | | | 22,500.00 |
| Las Olas River House Condo Ass<br>c/o TCG-General Mail Facility<br>P.O. Box 01-9732 | Las Olas River House Condo Ass<br>c/o TCG-General Mail Facility<br>P.O. Box 01-9732 | | | 20,528.96 |
| Direct Cabinet Sales<br>104 E. Elizabeth Ave.<br>Linden, NJ 07036 | Direct Cabinet Sales<br>104 E. Elizabeth Ave.<br>Linden, NJ 07036 | | | 20,092.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Tarragon Corporation, et al.**                              Case No. **09-**

Debtor(s)

# CONSOLIDATED LIST OF CREDITORS HOLDING
# 30 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Assurant Employee Benefits<br>P.O. Box 807009<br>Kansas City, MO  64184-7009 | Assurant Employee Benefits<br>P.O. Box 807009<br>Kansas City, MO  64184-7009 | | | 18,409.40 |
| Bank Atlantic<br>P.O. Box 9708<br>Ft. Lauderdale, FL  33310 | Bank Atlantic<br>P.O. Box 9708<br>Ft. Lauderdale, FL  33310 | | | 17,426.00 |
| Progress Energy Florida, Inc.<br>P.O. Box 33199<br>St. Petersburg, FL  33733-8199 | Progress Energy Florida, Inc.<br>P.O. Box 33199<br>St. Petersburg, FL  33733-8199 | | | 15,246.11 |
| ComCast<br>P.O. Box 105257<br>Atlanta, GA  30348-5257 | ComCast<br>P.O. Box 105257<br>Atlanta, GA  30348-5257 | | | 11,735.72 |
| Christina Stilles Interiors<br>1104 Charming Street<br>Maitland, FL  32751 | Christina Stilles Interiors<br>1104 Charming Street<br>Maitland, FL  32751 | | | 10,233.03 |
| Kirst Kosmoski, Inc.<br>2630 Fountainview, Ste. 300<br>Houston, TX  77057 | Kirst Kosmoski, Inc.<br>2630 Fountainview, Ste. 300<br>Houston, TX  77057 | | | 10,216.41 |
| Lapatka Associates, Inc.<br>12 Rt 17 North/Suite 230<br>Paramus, NJ  07652 | Lapatka Associates, Inc.<br>12 Rt 17 North/Suite 230<br>Paramus, NJ  07652 | | | 9,802.15 |
| Mechanical Services of Central FL<br>9820 Satellite Blvd.<br>Orlando, FL  32837 | Mechanical Services of Central FL<br>9820 Satellite Blvd.<br>Orlando, FL  32837 | | | 9,112.50 |
| Refinish Plus Corporation<br>3300 Bermuda Isle Circle #323<br>Naples, FL  34109 | Refinish Plus Corporation<br>3300 Bermuda Isle Circle #323<br>Naples, FL  34109 | | | 8,950.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Executive Vice President and Secretary of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   January 12, 2009                     Signature   /s/ Kathryn Mansfield
                                                        **Kathryn Mansfield**
                                                        **Executive Vice President and Secretary**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.