B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
**District of New Jersey**

In re  **Tarragon Corporation**                                                  Case No.  **09-10555**
                                              Debtor(s)                            Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American Stock Transfer & Trust**<br>59 Maiden Lane Plaza Level<br>New York, NY 10038 | **American Stock Transfer & Trust**<br>59 Maiden Lane Plaza Level<br>New York, NY 10038 | | | **8,000.00** |
| **Assurant Employee Benefits**<br>P.O. Box 807009<br>Kansas City, MO 64184-7009 | **Assurant Employee Benefits**<br>P.O. Box 807009<br>Kansas City, MO 64184-7009 | | | **18,409.40** |
| **Bank of America**<br>1185 Avenue of the Americas, 16th Floor<br>New York, NY 10036 | **Bank of America**<br>1185 Avenue of the Americas, 16th Floor<br>New York, NY 10036 | **Line of Credit Note** | **Contingent** | **261,235.62** |
| **Bon Temps**<br>80 Broad Street 5th FL. PMB 31<br>New York, NY 10004 | **Bon Temps**<br>80 Broad Street 5th FL. PMB 31<br>New York, NY 10004 | | | **7,100.40** |
| **Curtis Mallet Prevost Colt & Mosle LLP**<br>101 Park Avenue<br>New York, NY 10178-0061 | **Curtis Mallet Prevost Colt & Mosle LLP**<br>101 Park Avenue<br>New York, NY 10178-0061 | **Litigation Related Legal - Restructuring Fees** | | **7,657.00** |
| **E Training Solutions Inc.**<br>C/O Shelley Conroy<br>13719 Greenwood Lane South<br>Houston, TX 77044 | **E Training Solutions Inc.**<br>C/O Shelley Conroy<br>13719 Greenwood Lane South<br>Houston, TX 77044 | | | **7,500.00** |
| **First Quality Maintenance LLC**<br>70 West 36th St.<br>New York, NY 10018 | **First Quality Maintenance LLC**<br>70 West 36th St.<br>New York, NY 10018 | | | **4,410.86** |
| **Iron Vault.com**<br>1846 Rosemeade Parkway #344<br>Carrollton, TX 75007 | **Iron Vault.com**<br>1846 Rosemeade Parkway #344<br>Carrollton, TX 75007 | | | **8,000.00** |
| **Mike Keltz**<br>173 Weston Avenue<br>Chatham, NJ 07928 | **Mike Keltz**<br>173 Weston Avenue<br>Chatham, NJ 07928 | | | **4,454.70** |

B4 (Official Form 4) (12/07) - Cont.

In re **Tarragon Corporation**          Case No. **09-10555**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Mahoney Cohen & Company CPA PC**<br>1065 Avenue of the Americas<br>New York, NY 10018 | **Mahoney Cohen & Company CPA PC**<br>1065 Avenue of the Americas<br>New York, NY 10018 | | | 83,229.00 |
| **Mirick O'Connell DeMallie & Lougee**<br>100 Front Street<br>Worcester, MA 01608 | **Mirick O'Connell DeMallie & Lougee**<br>100 Front Street<br>Worcester, MA 01608 | | | 8,366.39 |
| **Omni Boys North, Ltd.**<br>c/o Richard Zipes<br>112 Nurmi Drive<br>Fort Lauderdale, FL 33301 | **Omni Boys North, Ltd.**<br>c/o Richard Zipes<br>112 Nurmi Drive<br>Fort Lauderdale, FL 33301 | **Promissory Note** | | 1,026,846.00 |
| **Resource Staffing Dallas Inc.**<br>2277 Plaza Drive #420<br>Sugarland, TX 77479 | **Resource Staffing Dallas Inc.**<br>2277 Plaza Drive #420<br>Sugarland, TX 77479 | | | 6,763.88 |
| **Sales Velocity**<br>668 Stony Hill Road<br>Morrisville, PA 19067 | **Sales Velocity**<br>668 Stony Hill Road<br>Morrisville, PA 19067 | | | 6,400.00 |
| **Secrest Wardle Lynch Hampton**<br>P.O. Box 3040<br>Farmington, MI 48333-3040 | **Secrest Wardle Lynch Hampton**<br>P.O. Box 3040<br>Farmington, MI 48333-3040 | | | 4,660.70 |
| **Sovor Associates**<br>Attn: Leonard J. Vorcheimer<br>c/o Peter B. Eddy/Williams Caliri<br>1428 Route 23<br>Wayne, NJ 07470-0995 | **Sovor Associates**<br>Attn: Leonard J. Vorcheimer<br>c/o Peter B. Eddy/Williams Caliri<br>Wayne, NJ 07470-0995 | **Promissory Note** | | 600,000.00 |
| **Taberna Capital Management LLC**<br>c/o Cohen Bros. & Company<br>450 Park, 23rd Floor<br>New York, NY 10022 | **Taberna Capital Management LLC**<br>c/o Cohen Bros. & Company<br>450 Park, 23rd Floor<br>New York, NY 10022 | **Subordinated Indenture** | | 125,972,840.00 |
| **United Healthcare Ins. Co.**<br>22703 Network Place<br>Chicago, IL 60673-1227 | **United Healthcare Ins. Co.**<br>22703 Network Place<br>Chicago, IL 60673-1227 | | | 158,073.93 |
| **Winter Management Corp.**<br>P.O. Box 21076A<br>New York, NY 10286 | **Winter Management Corp.**<br>P.O. Box 21076A<br>New York, NY 10286 | | | 64,147.67 |
| **Wolverine Security Services Inc.**<br>10559 Citation Drive<br>#204<br>Brighton, MI 48116 | **Wolverine Security Services Inc.**<br>10559 Citation Drive<br>#204<br>Brighton, MI 48116 | | | 7,987.67 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Tarragon Corporation**                                                                                      Case No.   **09-10555**
                                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Kathryn Mansfield, the Executive Vice President and Secretary of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January 28, 2009**                        Signature  **/s/ Kathryn Mansfield**
                                                             **Kathryn Mansfield**
                                                             **Executive Vice President and Secretary**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.