**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD**
A Professional Corporation
25 Main Street
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Telecopier
Michael D. Sirota, Esq.
Gerald H. Gline, Esq.
Attorneys for Tarragon Corporation, *et al.*,
Movants and Debtors-in-Possession

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY HONORABLE DONALD H. STECKROTH |
| TARRAGON CORPORATION, *et al.*, | LEAD CASE NO. 09- 10555 (DHS) |
| Debtors-in-Possession. | (JOINTLY ADMINISTERED) |

Chapter 11

**NOTICE OF MOTION TO QUASH THE RULE 2004 SUBPOENA, NOTICE OF DEPOSITION OF WILLIAM FRIEDMAN, AND REQUEST FOR PRODUCTION OF DOCUMENTS ISSUED BY NORTHLAND INVESTMENT CORPORATION, *et al.,* AND FOR A PROTECTIVE ORDER**

HEARING DATE AND TIME:
_____ \_\_, 2009, \_\_:00 \_.m.

**ORAL ARGUMENT REQUESTED**

TO:   Emanuel Grillo, Esq.
      Goodwin Procter LLP
      The New York Times Building
      620 Eighth Ave.
      New York, NY 10018

              -and-

Sheila E. Calello, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
*Attorneys for Northland Investment Corporation, et al.*

Daniel Lowenthal, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Ave. of the Americas
New York, NY 10036
dalowenthal@pbwt.com

    -and-

Harry Gutfleish, Esq
Forman Hold Eliades & Ravin LLC
The Atrium, 80 Route 4, East
Paramus, NJ 07652
hgutfleish@formanlaw.com
*Attorneys for the Committee of Unsecured Creditors*

Donald McMaster, Esq.
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102-5504

Louis T. DeLucia, Esq.
Greenberg Traurig, LLP
200 Park Avenue, First Floor
P.O. Box 677
Florham Park, NJ 07932
delucia@gtlaw.com
*Attorney for Arko*

2

PLEASE TAKE NOTICE that in accordance with the Order Shortening Time (Order Shortening Time) entered by the Court on February ___, 2009, on February __, 2009, at __:00 _.m., or as soon thereafter as counsel may be heard, the undersigned, counsel for Tarragon Corporation, *et al.,*. ("Tarragon" or the "Debtors") shall move before the Honorable Donald H. Steckroth, United States Bankruptcy Judge, at the United States Bankruptcy Court, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Third Floor, Newark, New Jersey 07102 for entry of an Order quashing a Rule 2004 Subpoena addressed to: William Friedman c/o Warren Usatine, Esq., together with a Notice of Deposition and a "First Request for Production of Documents" addressed to Tarragon, attention William Friedman c/o Warren Usatine, Esq., (collectively, the "Notice and Subpoena").

PLEASE TAKE FURTHER NOTICE that in support thereof, Tarragon shall rely on the accompanying Application and Affidavit of Sean Lipsky.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested shall: (i) be in writing; (ii) specify with particularity the basis of the objection; and (iii) be filed with the Bankruptcy Court and simultaneously served on the undersigned so as to be received no later than February __, 2009 as set forth above.

PLEASE TAKE FURTHER NOTICE that unless objections are timely filed and served, the motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a), and the relief requested may be granted without a hearing.

38590/0031-5355183v1

      PLEASE TAKE FURTHER NOTICE that the undersigned counsel requests oral argument on the return date of the motion.

                                      COLE, SCHOTZ, MEISEL,
                                      FORMAN & LEONARD, P.A.
                                      Attorneys for Tarragon Corporation, *et al.*

                                      By: */s/ Gerald H. Gline*
                                          Michael D. Sirota, Esq.
                                          Gerald H. Gline, Esq.

DATED: February 23, 2009

38590/0031-5355183v1