**LeClairRyan, A Virginia Professional Corporation**
**Attn: Jeffrey Marley Zalkin, Esq.**
Two Penn Plaza East – 10th Flr.
Newark, New Jersey 07105
Tel. No. : (973) 491-3600
Fax No. :  (973) 491-3555
Attorneys for Joel S. Greene and Montville Holdings V, LLC

**UNITED STATED BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**(NEWARK VICINAGE)**

| | |
|---|---|
| In re | Chapter 11 |
| TARRAGON CORPORATION, et al. | Case No. 09-10555-DHS |
| Debtors. | |

**NOTICE OF APPEARANCE, REQUEST FOR**
**SERVICE OF PAPERS AND PRESERVATION OF RIGHTS**

To:    See annexed Service List

**PLEASE TAKE NOTICE** that LeClairRyan, A Virginia Professional Corporation, enters its appearance as attorneys for **Joel S. Greene and Montville Holdings V, LLC**, creditors and holders of claims, and adverse parties in interest, in this chapter 11 bankruptcy case of Tarragon Corporation.[1]  Our notice information is as follows:

LeClairRyan, A Virginia Professional Corporation
**Attn: Jeffrey Marley Zalkin, Esq.**
Two Penn Plaza East – 10th Flr.
Newark, New Jersey 07105-2249

Phone No. 973 491 - 3600
Fax No. 973 491 - 3555
**e-mail:  jeffrey.zalkin@leclairryan.com**

---

[1] Joel S. Greene and Montville Holdings V, LLC assert claims against, *inter alia*, Tarragon Corporation and other related non-debtor party defendants based on **(a)** declaratory judgment as to legal and beneficial title to real properties including review of fraudulent conduct, **(b)** breaches of fiduciary duties and  aiding and abetting violations of those fiduciary duties, **(c)** imposition of constructive trust and **(d)** violations of state laws of Unfair Trade Practices Act (CT.) in that action pending  in Superior Court, State of Connecticut entitled, Joel S. Greene, et al. vs. John Voloshin, et al., Tarragon Corporation, et al., Docket No. HHD-X07-CV-06-5008307S (Superior Ct., at Hartford).
6438580.v1

**REQUEST IS HEREBY MADE** pursuant to Bankruptcy Rules 2002, 9007 and 9010 that all notices given or required to be given in this case, and all papers, pleadings, motions or applications served or required to be served in this case or any adversary proceeding filed in connection therewith, shall be directed to and served upon the above-referenced counsel.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers filed in the proceeding specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, suggestion, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted and conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way the rights or interests of Joel S. Greene or Montville Holding, LLC with respect to the Chapter 11 Debtor or the property or proceeds in which the Chapter 11 Debtor may allege any claim or any interest at law, in equity or by operation of statute.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit waives **(1)** the right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, **(2)** the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding, contested matter related to this case, **(3)** the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or **(4)** any rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: Newark, New Jersey
February 5, 2009

**LeClairRyan**, a Virginia Professional Corporation, Attorneys for Joel S. Greene and Montville Holdings V, LLC

By:   /s/ Jeffrey Marley Zalkin
Jeffrey Marley Zalkin

6438580-1

**LeClairRyan, A Virginia Professional Corporation**
**Attn: Jeffrey Marley Zalkin, Esq.**
Two Penn Plaza East – 10th Flr.
Newark, New Jersey 07105
Tel. No. : (973) 491-3600
Fax No. :  (973) 491-3555
Attorneys for Joel S. Greene and Montville Holdings V, LLC

**UNITED STATED BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**(NEWARK VICINAGE)**

| In re | Chapter 11 |
|---|---|
| TARRAGON CORPORATION, et al. | Case No. 09-10555-DHS |
| Debtors. | |

# SERVICE LIST FOR NOTICE OF APPEARANCE

**Kegan A. Brown**
Latham & Watkins, LLP
One Newark Center
16th Floor                                               **General Electric Capital Corporation**
Newark, NJ 07101                                  representing (*Creditor)*
(973) 639-7180
kegan.brown@lw.com *Assigned: 01/14/2009*

**David L. Bruck**                                    **Sovor Associates**
Greenbaum, Rowe, Smith, et al.       Greenbaum, Rowe, Smith, et al.
P.O. Box 5600                                        Att: David L. Bruck
Woodbridge, NJ 07095                         P.O. Box 5600
(732) 549-5600                                       Woodbridge, NJ 07095
(732) 549-1881 (fax)                             (732) 549-5600
bankruptcy@greenbaumlaw.com       (732) 549-1881 (fax)
*Assigned: 01/14/2009*                          bankruptcy@greenbaumlaw.com
                                                                **(*Creditor)***

**Bruce D. Buechler**
Lowenstein Sandler PC
65 Livingston Avenue                           **Paradigm Credit Corp.**
Roseland, NJ 07068                              representing  *(Creditor)*
(973) 597-2308
bbuechler@lowenstein.com
*Assigned: 01/13/2009*

6438580-1

**Sheila Calello**
McCarter & English
100 Mulberry Street                          **Northland Investment Corp**
Newark, NJ 07102                             representing *Creditor*
973-639-6931
973-624-7070 (fax) scalello@mccarter.com
*Assigned: 01/16/2009*

**James S. Carr**
Kelley Drye & Warren                         **North Water LLC**
101 Park Avenue                              representing *Creditor*
New York, NY 10178 (212) 808-7955
*Assigned: 01/16/2009*

**Gerard S. Catalanello**
WolfBlock LLP
 250 Park Avenue
 New York, NJ 10177                          **Taberna Capital Management, LLC**
 gcatalanello@wolfblock.com                  representing *(Intersted Party)*
 *Assigned: 01/292/2009*
*LEAD ATTORNEY*

**Paul R. DeFilippo**
Wollmuth Maher & Deutsch LLP
One Gateway Center, 9th Flr.                 **Ursa Development Group, LLC**
Newark, NJ 07102                             representing  *Interested Party*
(973) 733-9200
(973)733-9292 (fax)
pdefilippo@wmd-law.com
 *Assigned: 01/12/2009*

**Karen L. Gilman** Wolff & Samson PC        **Safeco Insurance Company of America**
Wolff & Samson PC                            c/o Wolff & Samson PC
The Offices at Crystal Lake                  Attn: Karen L. Gilman, Esq.
One Boland Drive                             One Boland Drive
West Orange, NJ 07052                        West Orange, NJ 07052
(973) 530-2006                               (973) 530-2006
(973) 530-2206 (fax)                         (973) 530-2206 (fax)
kgilman@wolffsamson.com                      kgilman@wolffsamson.com
*Assigned: 01/20/2009*

**Bong June Kim**
Kim & Bae, P.C.
2610 North Central Road                      **Chae Young Kim**
Fort Lee, NJ 07024                            representing  *(Creditor)*


6438580-1

(201) 585-2288 bjkim@kimbae.com
Assigned: 02/04/2009     **Hyung Min Kim** *(Creditor)*

    **Kyung** *R Song* *(Creditor)*

    **Mal Y Hong** *(Creditor)*

    **Sung Mi Bang** *(Creditor)*

**Mark S**. **Lichtenstein**
Crowell & Moring
153 East 53rd Street
New York, NY 10022     **Maggie OHP Unit 1028, LLC, Maggie**
**OHP**
212-223-4000     **Unit 1219, LLC, Maggie OHP Unit 1610 et al.**
212-223-4134 (fax)     representing *Interested Party*
mlichtenstein@crowell.com

**Kim R. Lynch**     **iStar FM Loans LLC**
Forman Holt Eliades & Ravin LLC     c/o William L. Waldman, Esq.
80 Route 4 East, Suite 290     Forman Holt Eliades & Ravin, LLC
Paramus, NJ 07652     80 Route 4 East, Suite 290
(201) 845-1000     Paramus, NJ 07652
(201) 845-9112 (fax) klynch@formanlaw.com
*Assigned: 01/12/2009*

**Gary** K. **Norgaard**
Stern, Lavinthal, Frankenberg & Norgaard     **Block 106 MTGE, LLC and Block 144**
184 Grand Ave     **MTGE, LLC** *(Creditor)*
Englewood, NJ 07631
(201) 871-1333
(201) 871-3161 (fax)
gnorgaard@sternlaveng.com
*Assigned: 01/15/2009*

**Oscar N**. **Pinkas**
Sonnenschein Nath & Rosenthal LLP     **Barclays Capital Real Estate Inc.**
1221 Avenue of the Americas     representing (Creditor)
New York, NY 10020
(212) 768-6700 opinkas@sonnenschein.com
*Assigned: 02/03/2009*

**Michael D. Sirota**
Cole, Schotz, Meisel, Forman & Leonard
25 Main St.     **Tarragon Corporation**
Hackensack, NJ 07601     423 West 55th Street, 12th
Floor
(201) 489-3000     New York, NY 10019
msirota@coleschotz.com     representing *Debtor*
*Assigned: 01/12/2009*

6438580-1

**Carl J. Soranno**
 WolfBlock LLP
101 Eisenhower Parkway
Roseland, NJ 07068
 (973) 228-5700
973-618-5527 (fax)
csoranno@wolfblock.com
*Assigned: 01/21/2009*

**Taberna Capital Management, LLC**
c/o Gerard S. Catalanello
WolfBlock LLP
250 Park Avenue
New York, NJ 10177
212-986-1116
*212-672-1173 (fax)*
gcatalanello@wolfblock.com
(Attorney)

**A**. **Dennis Terrell**
Drinker, Biddle & Shanley
500 Campus Drive
Florham Park, NJ 07932-1047
(973) 360-1100
dennis.terrell@dbr.com *Assigned: 01/15/2009*

**Mt. Pleasant Office Park, LLC**
representing *(Creditor)*

**Warren A. Usatine**
Cole, Schotz, Meisel, Forman & Leonard
25 Main Street
PO Box 800
Hackensack, NJ 07602-0800
(201) 489-3000
wusatine@coleschotz.com

**Tarragon Corporation**
423 West 55th Street, 12th Floor
New York, NY 10019
representing  *Debtor*

**William L. Waldman**
Forman Holt Eliades & Ravin LLC
80 Route 4 East
Suite 290
Paramus, NJ 07652
201-845-1000
201-845-9112 (fax)
wwaldman@formanlaw.com
*Assigned: 01/12/2009*

**iStar FM Loans LLC**
c/o William L. Waldman, Esq.
Forman Holt Eliades & Ravin, LLC
80 Route 4 East, Suite 290
Paramus, NJ 07652
representing Creditor

**Felice R. Yudkin**
Cole, Schotz, Meisel, Fonnan &Leonard
25 Main Street          representing
Hackensack, NJ 07602
(201) 489-3000
fyudkin@coleschotz.com
*Assigned: 01/13/2009*

**Tarragon Corporation**
423 West 55th Street, 12th Floor
New York, NY 10019
*(Debtor)*

6438580-1