**STERN, LAVINTHAL, FRANKENBERG & NORGAARD, LLC**
184 Grand Avenue
Englewood, New Jersey 07631
Telephone Number: (201) 871-1333
Facsimile Number: (201) 871-3161
Attorneys for Unsecured Creditor,
**Joel S. Greene and Montville Holdings, LLC**
**Block 106 Mtge, LLC and Block 144 Mtge, LLC**

By: Gary K. Norgaard, Esq. (GN-9243)

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

_____

In re:                                                    :

TARRAGON CORPORATION, et al.,        :                    Chapter 11

                                                        :                    Case No. 09-10555 (DHS)

                                                        :

                        Debtors,                      :                    (Jointly Administered)
_____:

### AMENDED VERIFIED STATEMENT OF STERN, LAVINTHAL,
### FRANKENBERG &  NORGAARD, LLC PURSUANT TO
### FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

GARY K. NORGAARD certifies as follows:

1.       I am an attorney at law and a member of the firm of Stern, Lavinthal, Frankenberg & Norgaard ("SLF&N").  I am admitted to practice before, inter alia, the State Court of the State of New Jersey and United States District Court for the District of New Jersey.

2.       On behalf of SLF&N, I hereby provide this verified statement (the "Statement"), as required by Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

3.       On or about January 27, 2009 SLF&N filed a Verified Statement pursuant to Federal Rule Bankruptcy Procedure 9012.  Since then, SLF&N have also acceded to the

representation of Joel S. Greene and Montville Holdings, LLC in addition to Block 106

Mortgage LLC and Block 144 Mortgage LLC in their capacity as creditors of Tarragon

Corporation ("Tarragon") and Tarragon Development Corporation ("Tarragon Development")

two of the debtors in the above mentioned proceeding.

4.       SLF&N does not hold any claims against the Debtors nor have any interest in the

Debtors.

I declare under penalty of perjury that the foregoing statement made pursuant to

Bankruptcy Rule 2019 is true and correct to the best of my knowledge.

STERN, LAVINTHAL, FRANKENBGERG & NORGAARD, LLC
184 Grand Avenue
Englewood, NJ 07631

By: /s/ Gary K. Norgaard_____
        Gary K. Norgaard

Dated:  May 19, 2009

J:\WORDDOC\2009\09N276 Green v. Tarragon\Pleadings\5-19-09 Amended Verified Statement.doc