Order Filed on
**8/17/2009**
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
A Professional Corporation
25 Main Street
P. O. Box 800
Hackensack, NJ 07602-0800
(201) 489-3000
(201) 489-1536  Facsimile
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Attorneys for Tarragon Corporation, *et al.*,
Debtors-in-Possession

In re:

TARRAGON CORPORATION, *et al.*,

                         Debtors-in-Possession.

Case No. 09-10555 (DHS)

Judge:  Donald H. Steckroth

Chapter 11

**INTERIM ORDER PURSUANT TO SECTIONS 105(a), 362(a)(3) AND 541 OF THE
BANKRUPTCY CODE (A) LIMITING CERTAIN TRANSFERS OF CLAIMS AGAINST  THE
DEBTORS AND (B) APPROVING RELATED NOTICE PROCEDURES AS IT RELATES TO
TABERNA CAPITAL MANAGEMENT, LLC**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby
**ORDERED.**

**DATED: 8/17/2009**

Honorable Donald H. Steckroth
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtors: | TARRAGON CORPORATION, *et al.* |
| Case No. | 09-10555 (DHS) |
| Caption of Order: | INTERIM ORDER PURSUANT TO SECTIONS 105(a), 362(a)(3) AND 541 OF THE BANKRUPTCY CODE (A) LIMITING CERTAIN TRANSFERS OF CLAIMS AGAINST THE DEBTORS AND (B) APPROVING RELATED NOTICE PROCEDURES AS IT RELATES TO TABERNA CAPITAL MANAGEMENT, LLC |

THIS MATTER having been opened to the Court by Cole, Schotz, Meisel, Forman & Leonard, P.A., attorneys to Tarragon Corporation *et al.*, the within debtors and debtors-in-possession (collectively, the "Debtors"),[1] upon motion for entry of an Order pursuant to Sections 105(a), 362(a)(3) and 541 of the Bankruptcy Code (a) limiting certain transfers of equity securities of the Debtors and claims against the Debtors and (b) approving related notice procedures (the "Motion");[2] and it appearing that good and sufficient notice of the interim and final hearings on Motion having been provided, as evidenced by the Affidavit of Service filed with the Court; and on January 15, 2009, the Court having entered an Order approving the Motion on an interim basis (the "Interim Order"); and on February 20, 2009, the Court having entered a final order on the Motion as it relates to transfers of equity securities of the Debtors; and on March 5, 2009, the Court having entered a final order limiting certain transfers of claims against the Debtors and interim order limiting certain transfers of claims except as it relates to

---

[1] The Debtors are Tarragon Corporation, Tarragon Development Corporation, Tarragon South Development Corp., Tarragon Development Company LLC, Tarragon Management, Inc., Bermuda Island Tarragon LLC, Orion Towers Tarragon, LLP, Orlando Central Park Tarragon L.L.C., Fenwick Plantation Tarragon LLC, One Las Olas, Ltd., The Park Development West LLC, 800 Madison Street Urban Renewal, LLC, 900 Monroe Development LLC, Block 88 Development, LLC, Central Square Tarragon LLC, Charleston Tarragon Manager, LLC, Omni Equities Corporation, Tarragon Edgewater Associates, LLC, The Park Development East LLC, Vista Lakes Tarragon, LLC, Murfreesboro Gateway Properties, LLC, Tarragon Stonecrest, LLC, MSCP, Inc., Tarragon Stratford, Inc. and TDC Hanover Holdings LLC.

[2] Unless otherwise defined herein, all capitalized terms used herein shall have the meanings set forth in the Motion.

*Approved by Judge Donald H. Steckroth August  17, 2009*

(Page 3)
Debtors:          TARRAGON CORPORATION, *et al.*
Case No.          09-10555 (DHS)
Caption of Order: INTERIM ORDER PURSUANT TO SECTIONS 105(a), 362(a)(3) AND 541
                  OF THE BANKRUPTCY CODE (A) LIMITING CERTAIN TRANSFERS
                  OF CLAIMS AGAINST THE DEBTORS AND (B) APPROVING
                  RELATED NOTICE PROCEDURES AS IT RELATES TO TABERNA
                  CAPITAL MANAGEMENT, LLC

Taberna Capital Management, LLC ("Taberna") and Paradigm Credit Corp. ("Paradigm"); and

the Court having previously entered interim orders adjourning the Motion as it relates to Taberna

and Paradigm; and opposition having been filed by Taberna and Paradigm (the "Objections") to

the requested relief; and the Debtors having filed a response to the Objections; and on April 28,

2009, Paradigm having withdrawn its objection to the Motion; and the parties having agreed to

adjourn the Motion as it pertains to the transfers of Taberna's claims and that the restrictions

imposed upon such transfers by the Interim Order shall remain in effect, pending final hearing,

    IT IS HEREBY ORDERED:

    1.    The hearing on the Motion as it relates to the transfer of claims against the

Debtors by Taberna shall be adjourned to September 10, 2009 at 10:00 a.m.

    2.    Pending further Order of the Court, Taberna shall not be required to file a

Notice of Substantial Claimholder but is deemed to be a Substantial Claimholder within the

meaning of the Interim Order.  The Interim Order and restrictions contained therein shall remain

in effect until September 10, 2009 as it relates to the transfer of claims against the Debtors by

Taberna.

    3.    The Debtors' counsel shall serve copies of this Order within seven (7)

days hereof.

38590/0031-5583319v6
August 13, 2009

*Approved by Judge Donald H. Steckroth August  17, 2009*