|  |  |
|---|---|
| In re:<br><br>TARRAGON CORPORATION, *et al.*,[1]<br><br>Debtors-in-Possession. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HONORABLE DONALD H. STECKROTH<br>CASE NO. 09-10555 (DHS)<br><br>Chapter 11<br>(Joint Administered)<br><br>**AFFIDAVIT OF SERVICE** |

I, Kenneth W. Chow Jr, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants, LLC, claims, noticing and balloting agent for the Debtors.

On September 18, 2009, at my direction and under my supervision, employees of KCC caused to be served the following:

- **Notice of Motion Pursuant to 11 U.S.C. § 1121(d) for an Order Extending the Debtors' Exclusive Period Within Which to Solicit Acceptances to the Debtors' Chapter 11 Plan of Reorganization to December 8, 2009** [Docket No. 1068] via First Class mail upon the parties set forth on the service list attached hereto as **Exhibit A**

- **Notice of Motion Pursuant to 11 U.S.C. § 363(b), to the Extent Applicable, for an Order Authorizing Tarragon Corporation and Tarragon Management, Inc. to Reaffirm Their Guaranty and Managerial Obligations to General Electric Capital Corporation** [Docket No. 1071] via First Class mail upon the parties set forth on the service list attached hereto as **Exhibit A**

Dated: September 18, 2009

Kenneth W. Chow Jr
Kurtzman Carson Consultants LLC

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me this day, 18th of September, 2009, by Kenneth W. Chow Jr., proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

GARY CHRISTENSEN
Commission # 1620624
Notary Public - California
Yolo County
My Comm. Expires Nov 12, 2009

---

[1] The Debtors are Tarragon Corporation, Tarragon Development Corporation, Tarragon South Development Corp., Tarragon Development Company LLC, Tarragon Management, Inc., Bermuda Island Tarragon LLC, Orion Towers Tarragon, LLP, Orlando Central Park Tarragon L.L.C., Fenwick Plantation Tarragon LLC, One Las Olas, Ltd., The Park Development West LLC, 800 Madison Street Urban Renewal, LLC, 900 Monroe Development LLC, Block 88 Development, LLC, Central Square Tarragon LLC, Charleston Tarragon Manager, LLC, Omni Equities Corporation, Tarragon Edgewater Associates, LLC, The Park Development East LLC, Vista Lakes Tarragon, LLC, Murfreesboro Gateway Properties, LLC, Tarragon Stonecrest, LLC, MSCP, Inc., Tarragon Stratford, Inc. and TDC Hanover Holdings LLC

# Exhibit A

Case 09-10555-DHS    Doc 1072    Filed 09/21/09    Entered 09/21/09 12:30:23    Desc Main
Document      Page 2 of 5

**Master Service List**
**Served via First Class Mail**

| Creditor Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| A Buzzetti & Associates LLC | | 465 Sylvan Ave | | | Englewood Cliffs | NJ | 07632 | USA |
| Abraham Fruchter & Twersky LLP | Jeffrey S Abraham Esq Jack G Fruchter Esq & Lawrence D Levit Esq | One Penn Plaza Ste 2805 | | | New York | NY | 10119 | USA |
| AJD Construction Co Inc | Hetal Patel | 948 Highway 36 | | | Leonardo | NJ | 07737 | USA |
| American Stock Transfer & Trust Co | | 59 Maiden Ln | Plaza Level | | New York | NY | 10038 | USA |
| American Stock Transfer & Trust Co | | 6201 15th Ave Third Fl | | | Brooklyn | NY | 11219 | USA |
| ARCS Commercial Mortgage Co LP | ARCS/Freddie Mac | 26901 Agoura Rd Ste 200 | | | Calasbasas Hills | CA | 91301 | USA |
| Assurant Employee Benefits | | PO Box 807009 | | | Kansas City | MO | 64184-7009 | USA |
| Attorney General – NJ | Hughes Justice Complex | 25 W Market St | PO Box 080 | | Trenton | NJ | 08625 | USA |
| Baker Donelson Bearman Caldwell & Berkowitz PC | Jason S Shade Esq | 100 Med Tech Parkway Ste 200 | PO Box 3038 | | Johnson City | TN | 37602 | USA |
| Baker Donelson Bearman Caldwell & Berkowitz PC | Nelwyn Inman Esq | 1800 Republic Centre | 633 Chesnut St | | Chattanooga | TN | 37450-1800 | USA |
| Bank Atlantic | | 2100 West Cypress Creek Rd | | | Fort Lauderdale | FL | 33309 | USA |
| Bank Atlantic | | PO Box 9708 | | | Fort Lauderdale | FL | 33310 | USA |
| Bank of America | | 1185 Avenue of the Americas | | | New York | NY | 10036 | USA |
| Bank of America | | PO Box 105483 | | | Atlanta | GA | 30348-5483 | USA |
| Beachwold Partners LP | Attn M James Spitzer Jr Esq | c o Holland and Knight | 195 Broadway 24th Fl | | New York | NY | 10007 | USA |
| Becker Meisel LLC | Ben Becker Esq | Eisenhower Plaza II | 354 Eisenhower Pkwy Ste 2800 | | Livingston | NJ | 07039 | USA |
| Becker Meisel LLC | Allen J Underwood II Esq | Eisenhower Plaza II | 354 Eisenhower Pkwy Ste 2800 | | Livingston | NJ | 07039 | USA |
| Block 106 Mtge LLC & Block 144 Mtge LLC | Attn Anthony LoConte | c o Anthony L&S LLC | 250 Moonachie Rd | | Moonachie | NJ | 07074 | USA |
| Broward County Revenue Collector | | PO Box 29009 | | | Ft Lauderdale | FL | 33301-9009 | USA |
| Buchanan Ingersoll & Rooney PC | Tod S Chasin Esq | 700 Alexander Park Ste 300 | | | Princeton | NJ | 08540 | USA |
| Charleston County Treasurer | | PO Box 878 | | | Charleston | SC | 29402-0878 | USA |
| Christina Stiles Interiors | | 1104 Charming St | | | Maitland | FL | 32751 | USA |
| CNL Bank | | 450 S Orange Ave 4th Fl | | | Orlando | Fl | 32801-3336 | USA |
| Collier County Tax Collector | | Courthouse Complex Bldg C1 | | | Naples | FL | 34112-4997 | USA |
| Comcast | | PO Box 105257 | | | Atlanta | GA | 30348-5257 | USA |
| Commerce Bank | | 110 Lake St | | | Ramsey | NJ | 07446 | USA |
| Connell Foley LLP | Stephen V Falanga & Christopher M Hemrick | 85 Livingston Ave | | | Roseland | NJ | 07068 | USA |
| Cooley Godward Kronish LLP | James A Beldner Esq | 1114 Avenue of Americas | | | New York | NY | 10036 | USA |
| Cooley Godward Kronish LLP | Ronald R Sussman Esq | 1114 Avenue of Americas | | | New York | NY | 10036 | USA |
| Crowell & Moring LLP | Douglas R Arntsen Esq | 590 Madison Ave 20th Fl | | | New York | NY | 10022 | USA |
| Day Pitney LLP | Richard M Meth Esq | PO Box 1945 | | | Morristown | NJ | 07962-1945 | USA |
| Department of Justice | Alberto R Gonzales Attorney General | 950 Pennsylvania Ave NW | | | Washington | DC | 20530-0001 | USA |
| Direct Cabinet Sales | | 104 E Elizabeth Ave | | | Linden | NJ | 07036 | USA |
| Drinker Biddle & Reath LLP | Attn A Dennis Terrell Esq | 500 Campus Dr | | | Florham Park | NJ | 07932-1047 | USA |
| Earl K Wood Tax Collector | | 200 S Pramge Ave 17th Fl | | | Orlando | FL | 32801-3410 | USA |
| EC Enterprise Consultants LLC | | 11 Kensington Ave | | | Emerson | NJ | 07630 | USA |
| ESCC | | 149 Madison Ave Ste 501 | | | New York | NY | 10016 | USA |
| Fannie Mae | | 14221 Dallas Pkwy 14th Fl | | | Dallas | TX | 75254 | USA |
| Federal Home Loan Mortgage Corporation | Kenton W Hambrick | 8200 Jones Branch Dr | | | McLean | VA | 22102 | USA |
| Feitlin Youngman Karas & Youngman LLC | c o Catherine E Youngman Esq | 9-10 Saddle River Rd | | | Fair Lawn | NJ | 07410 | USA |
| FNMA/PNC | | 14221 Dallas Pkwy 14th Fl | | | Dallas | TX | 75254 | USA |
| FNMA/Wachovia | | 14221 Dallas Pkwy 14th Fl | | | Dallas | TX | 75254 | USA |
| FNMA/Wells Fargo | | 14221 Dallas Pkwy 14th Fl | | | Dallas | TX | 75254 | USA |
| Forman Holt Eliades & Ravin LLC | Harry M Gutfleish | 80 Rte 4 East Ste 290 | | | Paramus | NJ | 07652 | USA |
| GECC | c o Richard L Chadakoff Esq | Latham & Watkins LLP | 885 Third Ave | | New York | NY | 10022-4834 | USA |
| General Electric Capital Corporation | Paul C Mundinger II Esq | Commercial Real Estate Legal Operation | 292 Long Ridge Road | | Stamford | CT | 06927-0001 | USA |
| Gibbons PC | Mark B Conlan | One Gateway Center | | | Newark | NJ | 07102-5310 | USA |
| Grand Bank NA | Attn Rich Rosa CFO | One Edinburg Road | | | Hamilton | NJ | 08619 | USA |
| Greenbaum Rowe Smith & Davis LLP | Marc J Gross Esq | 75 Livingston Ave Ste 301 | Estate of Leonard Vorcheimer | | Roseland | NJ | 07068 | USA |
| Greenberg Traurig LLP | Alan J Brocy Esq | 200 Park Ave | | | Florham Park | NJ | 07932 | USA |
| IKON Office Solutions Inc | Katrina Rumph | 3920 Arkwright Rd Ste 400 | | | Macon | GA | 31210 | USA |
| Internal Revenue Service | | 1050 Waverly Pl | | | Holtsville | NY | 11742 | USA |
| Internal Revenue Service | | 955 S Springfield Ave | PO Box 724 | | Springfield | NJ | 07081-0724 | USA |
| iStar FM Loans | | GPO | PO Box 26480 | | New York | NY | 10087-6480 | USA |

In re Tarragon Corporation, et al.
Case No. 09-10546

Page 1 of 3

**Master Service List**
**Served via First Class Mail**

| Creditor Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| J Frederick Welling | | 5271 Memorial Dr Ste 200 | | | Houston | TX | 77007 | USA |
| J Scott Douglass | | 909 Fannin Ste 1800 | | | Houston | TX | 77010 | USA |
| JP Morgan Chase | c o Capmark Finance Inc | 200 Wilmer Rd | | | Horsham | PA | 19044 | USA |
| K Langford Lawn Care Inc | Donna Langford | 230 3rd St NW | | | Naples | FL | 34120 | USA |
| Kathryn Mansfield Esq | Tarragon Corporation | 3100 Monticello Ste 200 | | | Dallas | TX | 75205 | USA |
| Kelley Drye & Warren LLP | Jason R Adams Esq & Heather Elizabeth Allen Esq | 101 Park Ave | | | New York | NY | 10178 | USA |
| Kim & Bae PC | Bong June Kim Esq | 2160 N Central Rd Ste 303 | | | Fort Lee | NJ | 07024 | USA |
| Kirst Kosmoski Inc | | 2630 Fountainview Ste 230 | | | Houston | TX | 77057 | USA |
| Landman Corsi Ballaine & Ford PC | Natalie Garcia Esq & Samantha M Burd | One Gateway Center 4th Fl | | | Newark | NJ | 07102-5388 | USA |
| Lapatka Associates Inc | | 12 Rt 17 North Ste 230 | | | Paramus | NJ | 07652 | USA |
| Las Olas River House Condo Association | c o TCG General Mail Facility | PO Box 01-9732 | | | Miami | FL | 33101-9732 | USA |
| LaSalle Bank National Association | Bank of America | 135 S LaSalle St Ste 1425 | | | Chicago | IL | 60603 | USA |
| Latham & Watkins LLP | Kegan A Brown | One Newark Center 16th Fl | | | Newark | NJ | 07101-3174 | USA |
| Latham & Watkins LLP | David S Heller | Sears Tower Ste 5800 | 233 S Wacker Dr | | Chicago | IL | 60606 | USA |
| Leath Bouch Crawford & von Keller LLP | Michael S Seekings Esq | 92 Broad St | PO Box 59 | | Charleston | SC | 29402 | USA |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | PO Box 3064 | | | Houston | TX | 77253-3064 | USA |
| Lowenstein Sandler PC | Bruce Buechler Esq | 65 Livingston Ave | | | Roseland | NJ | 07068 | USA |
| Lowenstein Sandler PC | Michael S Etkin Esq & S Jason Teele Esq | 65 Livingston Ave | | | Roseland | NJ | 07068 | USA |
| Lum Drasco & Positan LLC | Paul A Sandars III and Stacie L Vacca | 103 Eisenhower Pkwy | | | Roseland | NJ | 07068 | USA |
| Maggie OHP Unit | | 393 West End Ave Ste 2C | | | New York | NY | 10022 | USA |
| Mahoney Cohen & Company CPA PC | | 1065 Avenue of the Americas | | | New York | NY | 10018 | USA |
| Martin Skolnick | Attorney at Law | 301 Route 17 N Ste 800 | | | Rutherford | NJ | 07070 | USA |
| McCarter & English LLP | Sheila E Calello | Four Gateway Center | 100 Mulberry St | | Newark | NJ | 07102-4096 | USA |
| Mechanical Services of Central FL | | 9820 Satellite Blvd | | | Orlando | FL | 32837 | USA |
| Mr Robert Rothenberg | | 122 Oak St | | | Woodmere | NJ | 11598 | USA |
| Mr William Friedman | c o Beachwold Partners LP | 423 West 55th St 12th Fl | | | New York | NY | 10019 | USA |
| NANC Construction Services | | 1544 E Harmony Lakes Cir | | | Davie | FL | 33324 | USA |
| National City | | 2000 Auburn Dr Ste 400 | | | Beachwook | OH | 44122 | USA |
| North Water LLC | | 901 Main Ave Ste 100 | | | Norwalk | CT | 06851 | USA |
| Office of the United States Trustee | Donald F MacMaster Esq | One Newark Center Ste 2100 | | | Newark | NJ | 07102 | USA |
| Okin Hollander & DeLuca LLP | Paul S Hollander | One Parker Plz 12th Fl | | | Fort Lee | NJ | 07024 | USA |
| Omni Boys North Ltd | c o Mr Richard Zipes | 112 Nurmi Dr | | | Fort Lauderdale | FL | 33301 | USA |
| Otterbourg Steindler Houston & Rosen PC | Richard L Stehl Esq | 230 Park Ave | | | New York | NY | 10169-0075 | USA |
| Patterson Belknap Webb & Tyler LLP | Daniel A Lowenthal Esq & Brian P Guiney E | 1133 Avenue of the Americas | | | New York | NY | 10036 | USA |
| Paul Bettencourt Harris County Tax Assessor | | PO Box 4662 | | | Houston | TX | 77210-4663 | USA |
| Posner Advertising | Robert K. Posner | 30 Broad St | | | New York | NY | 10004 | USA |
| Progress Energy Florida Inc | | PO Box 33199 | | | St Petersburg | FL | 33733-9188 | USA |
| Refinish Plus Corporation | | 3300 Bermuda Isle Cir No 323 | | | Naples | FL | 34109 | USA |
| Regions Bank | Commercial Loan Processing Center | 1751 Congressman Dickenson Dr | | | Montgomery | AL | 36109 | USA |
| Regions Bank | | 5200 Towne Center Cir | | | Boca Raton | FL | 33486 | USA |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | A Mitchell Greene Esq | 1345 Avenue of the Americas 31st Floor | | | New York | NY | 10105-0143 | USA |
| Roger T Yokubaitis PLLC | Roger T Yokubaitis | 8303 Ivan Reid Dr | | | Houston | TX | 77040-1508 | USA |
| Scarinci Hollenbeck | Joel R Glucksman Esq | 1100 Valley Brook Ave | PO Box 790 | | Lyndhurst | NJ | 07071-0790 | USA |
| SEC Headquarters | | 100 F St NE | | | Washington | DC | 20549 | USA |
| SEC New York Regional Office | Mark Schonfeld Regional Director | 3 World Financial Center Ste 400 | | | New York | NY | 10281-1022 | USA |
| Sidney Turner LLC | Sidney Turner Esq | 1900 Glades Rd Ste 401 | | | Boca Raton | FL | 33431 | USA |
| Sills Cummis & Gross PC | c o Jack M Zackin Esq | One Riverfront Plaza | | | Newark | NJ | 07102 | USA |
| Sonnenschein Nath & Rosenthal LLP | Oscar N Pinkas Esq | 101 JFK Parkway | | | Short Hills | NJ | 07078-2708 | USA |
| Sonnenschein Nath & Rosenthal LLP | Jillian Gutman Mann Esq | 101 JFK Parkway | | | Short Hills | NJ | 07078-2708 | USA |
| Sovor Associates | Stuart Vorcheimer | 34 Otbow Pl | | | Wayne | NJ | 07470 | USA |
| Stark & Stark | Attn Timothy P Duggan Esq | 993 Lenox Dr | PO Box 5315 | | Princeton | NJ | 08543-5315 | USA |
| State of Michigan Department of Treasury | Michael A Cox Attorney General | Kathleen A Gardiner Asst Attorney General | 3030 W Grand Blvd Cadillac Place Ste 10 200 | | Detroit | MI | 48202 | USA |
| Steelways Inc | | 401 S Water St | | | Newburgh | NY | 12553 | USA |

In re Tarragon Corporation, et al.
Case No. 09-10546

Page 2 of 3

Master Service List
Served via First Class Mail

| Creditor Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Stern Lavinthal Frankenberg & Norgaard LLC | Gary K Norgaard Esq | 184 Grand Ave | | | Englewood | NJ | 07631-3507 | USA |
| Taberna Capital Management LLC | c o Cohen Bros & Company | 450 Park 23rd Fl | | | New York | NY | 10022 | USA |
| Taberna Capital Management LLC | Howard D Altschul Chairperson | 450 Park Ave 11th Fl | | | New York | NY | 10022 | USA |
| Tax Collector City of Norwalk | | 125 East Ave | | | Norwalk | CT | 06851 | USA |
| Tax Collector Town of Stratford | | PO Box 9722 | | | Stratford | CT | 06615 | USA |
| Tennessee Attorney Generals Office | Tennessee Department of Revenue | c o TN Attorney Generals Office | Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | USA |
| The Crossings at Fleming Island CDD | c o Clay County Utility Authority | 3176 Old Jennings Rd | | | Middleburg | FL | 32068 | USA |
| Tricony CFC LLC | | 5900 N Andrews Ave Ste 624 | | | Fort Lauderdale | FL | 33309 | USA |
| United Healthcare Insurance Co | | 22703 Network Pl | | | Chicago | IL | 60673-1227 | USA |
| Wachovia | | PO Box 13327 | | | Roanoke | VA | 24040 | USA |
| Windels Marx Lane & Mittendorf LLP | Douglas A Stevinson Esq | 120 Albany St Plz | | | New Brunswick | NJ | 08901 | USA |
| Winegar Wilhelm Glynn & Roemersma | Scott M Wilhelm | 305 Roseberry St | PO Box 800 | | Phillipsburg | NJ | 08865 | USA |
| Winter Management | | PO Box 21076A | | | New York | NY | 10286-2076 | USA |
| Wolfblock LLP | Gerard S Catalanello | 250 Park Ave | | | New York | NY | 10177 | USA |
| Wolff & Samson PC | Attn Karen L Gilman Esq | One Boland Dr | | | West Orange | NJ | 07052 | USA |
| Wolff & Samson PC | Attn Armen Shahinian Esq | One Boland Dr | | | West Orange | NJ | 07052 | USA |
| Wollmuth Maher & Deutsch LLP | Paul R DeFilippo Esq | 500 Fifth Ave | | | New York | NY | 10110 | USA |
| Yeskoo Hogan & Tamlyn LLP | Richard C Yeskoo | 139 S St | | | New Providence | NJ | 07974 | USA |

In re Tarragon Corporation, et al.
Case No. 09-10546

Page 3 of 3