**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Attorneys for Tarragon Corporation, *et al.*,
Debtors-in-Possession

|  |  |
|---|---|
|  | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY HONORABLE DONALD H. STECKROTH CASE NO. 09-10555 (DHS) |
| In re: TARRAGON CORPORATION, *et al.*, Debtors-in-Possession. | Chapter 11 (Jointly Administered) **NOTICE OF CHANGE OF OMNIBUS HEARING DATE** |

PLEASE TAKE NOTICE that the following maters, originally scheduled for the next Omnibus Hearing Date of October 8, 2009, **have been re-scheduled to October 6, 2009, at 2:00 p.m:**

1.    Notice of Motion for an Order Pursuant to Sections 105(a), 362(a)(3) and 541 of the Bankruptcy Code (A) Limiting Certain Transfers of Equity Interests of the Debtors and Claims Against the Debtors and (B) Approving Related Notice Procedures;

2.    Disclosure Statement filed on behalf of Tarragon Corporation;

3.    Notice of Motion for an Order: (A) Approving the Adequacy of Disclosure Statement Pursuant to 11 U.S.C. Section 1125(b); (B) Fixing a Record Date for Voting and Procedures for Objecting to Plan and Temporary Allowance or Disallowance of Claims; (C) Approving Solicitation Packages and Distribution Procedures for Same; (D) Approving Form of Ballot and Procedures for Voting on Plan of Reorganization; and (E) Scheduling a Confirmation Hearing and Approving Notice and Procedures for Objecting to Plan Confirmation, filed on behalf of the Debtor;

4.  Debtor's Motion Objecting to Claims of Northland Portfolio L.P., et al (Claim No. 383) and Northland Fund II Partners LLC, as General Partner of Northland Fund II, L.P. (Claim No. 353);

5.  Application for Entry of Consent Order (A) Authorizing Interim Use of Cash Collateral of Bank of America, N.A. Pursuant to 11 U.S.C. Sections 363 and Granting Adequate Protection and (B) Scheduling a Final Hearing Pursuant to 11 U.S.C. Section 363(c)(2) and Fed. R. Bankr. P. 4001;

6.  Notice of Motion by Bermuda Island Tarragon LLC for an Order (A) Authorizing Interim Use of Bank of America N.A.'s Cash Collateral Pursuant to 11 U.S.C. §§361 and 363 and Granting Adequate Protection; and (B) Scheduling Final Hearing Pursuant to 11 U.S.C. § 363(c)(2) and Fed. R. Bankr. P. 4001;

7.  Notice of Motion Pursuant to 11 U.S.C. Section 1121(d) for an Order Extending the Debtors' Exclusive Period Within Which to Solicit Acceptances to the Debtors' Chapter 11 Plan of Reorganization to December 8, 2009;

8.  Notice of Motion Pursuant to 11 U.S.C. Section 363(b), to the Extent Applicable, for an Order Authorizing Tarragon Corporation and Tarragon Management, Inc. to Reaffirm Their Guaranty and Managerial Obligations to General Electric Capital Corporation;

9.  Motion for an Order Approving a Settlement Agreement with Bank of America, N.A. Pursuant to Fed. R. Bankr. P. 9019; (B) for a Final Order (I) Approving Post-Petition Financing for 800 Madison Street Urban Renewal LLC, (II) Granting Liens and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. Sections 363 and 364 and (III) Modifying Automatic Stay Pursuant to 11 U.S.c. Section 362; and (C) Granting Related Relief; and

10. Pre-Trial Hearing in Adv. Pro. No. 09-1469, *Tarragon Corporation, et al v. Northland Portfolio, L.P., et al.*

                      COLE, SCHOTZ, MEISEL,
                      FORMAN & LEONARD, P.A.
                      Attorneys for Tarragon Corporation, *et al.*,
                      Debtors-in-Possession


By:    */s / Michael D. Sirota*
       Michael D. Sirota
       Warren A. Usatine

DATED: September 24, 2009

2

38590/0031-6015767v1