**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Telecopier
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Attorneys for Tarragon Corporation, *et al.*,
Debtors-in-Possession

|  |  |  |
|---|---|---|
|  | : | UNITED STATES BANKRUPTCY COURT |
| In re: | : | FOR THE DISTRICT OF NEW JERSEY |
|  | : | HON. DONALD H. STECKROTH |
| TARRAGON CORPORATION, *et al.* | : | CASE NO. 09-10555 (DHS) |
|  | : |  |
| Debtors-in-Possession. | : | CHAPTER 11 |
|  | : | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING ON DETERMINATION OF THE ADEQUACY OF THE DEBTORS' DISCLOSURE STATEMENT PURSUANT TO SECTION 1125 OF THE BANKRUPTCY CODE FOR THE JOINT CHAPTER 11 PLAN OF REORGANIZATION OF TARRAGON CORPORATION, *ET AL***

PLEASE TAKE NOTICE that the hearing on the adequacy of the above captioned Debtors' Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Joint Chapter 11 Plan of Reorganization of Tarragon Corporation, *et al.*, set by the Bankruptcy Court's Order and Notice on Disclosure Statement dated August 4, 2009, has been adjourned from September 24, 2009, to **October 6, 2009**, at 2:00 p.m. (prevailing Eastern Time).

        Respectfully submitted,

        COLE, SCHOTZ, MEISEL,
        FORMAN & LEONARD, P.A.
        Attorneys for Tarragon Corporation, *et al.*
        Debtors-in-Possession

        By: */s/ Michael D. Sirota*
            Michael D. Sirota
            Warren A. Usatine

Dated: September 24, 2009

38590/0031-5968138v2