**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
(201) 489-3000
(201) 489-1536 Facsimile
Attorneys for Tarragon Corporation, *et al.*
Debtors-in-Possession

|  |  |
|---|---|
| In re:<br><br>TARRAGON CORPORATION, *et al.*,<br><br>Debtors-in-Possession. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HONORABLE DONALD H. STECKROTH<br>CASE NO. 09-10555(DHS)<br><br>Chapter 11<br>(Jointly Administered)<br><br>**NOTICE OF DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 362, 363 AND 364 (1) APPROVING POST-PETITION FINANCING WITH UTA CAPITAL LLC, (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, (3) MODIFYING THE AUTOMATIC STAY, (4) SCHEDULING FINAL HEARING PURSUANT TO FED. R. BANKR. P. 4001, AND (5) GRANTING OTHER RELATED RELIEF**<br><br>**HEARING DATE AND TIME:**<br>March ____, 2010, at __:__ a.m.<br><br>**ORAL ARGUMENT REQUESTED** |

TO:   All Parties-in-Interest

PLEASE TAKE NOTICE that on the date and time set forth in the Order Shortening

Time served herewith, the undersigned, attorneys for Tarragon Corporation, *et al.*, the within

debtors and debtors-in-possession (collectively, the Debtors"), shall move before the Honorable

38590/0031-6369999v1

Donald H. Steckroth, United States Bankruptcy Judge, at the United States Bankruptcy Court, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Third Floor, Newark, New Jersey 07102, for entry of an interim Order pursuant to 11 U.S.C. §§ 362, 363 and 364 (1) approving post-petition financing with UTA Capital LLC, (2) granting liens and providing superpriority administrative expense status, (3) modifying the automatic stay, (4) scheduling a final hearing pursuant to Fed. R. Bankr. P. 4001, and (5) granting other related relief (the "Motion").

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the undersigned shall rely on the accompanying Verified Application, which set forth the relevant factual and legal bases upon which the requested relief should be granted. A proposed Interim Order granting the Motion also is submitted herewith.

PLEASE TAKE FURTHER NOTICE that unless objections are timely filed and served, the Motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a), and the relief requested may be granted without further notice or hearing.

PLEASE TAKE FURTHER NOTICE that the undersigned requests oral argument on the return date of the Motion.

    COLE, SCHOTZ, MEISEL,
    FORMAN & LEONARD, P.A.
    Attorneys for Tarragon Corporation, *et al.,*
    Debtors-in-Possession

By: */s/ Warren A. Usatine*
    Michael D. Sirota
    Warren A. Usatine

DATED: March 25, 2010

38590/0031-6369999v1