This is to certify that
the attached document **was**
received for record on
____8|11|08____ at _1:43 Pm_
MONTVILLE LAND RECORDS
Attest: Melinda J Roberts
ASST TOWN CLERK    9 pgs

Doc ID: 001816330009 Type: LAN
BK**528** PG**411-419**

DOCKET NO: HHD-X07-CV-06-5008307S    : SUPERIOR COURT

JOEL GREENE, ET AL.    : COMPLEX LITIGATION DOCKET

V.    : AT HARTFORD

JOHN VOLOSHIN; LINDA VOLOSHIN;
JOLI, LLC.; VOLOSHIN CAPITAL, LLC;
VOLOSHIN CAPITAL-UNCASVILLE, LLC;
VOLOSHIN DEVELOPMENT
CORPORATION; MONTVILLE PROPERTY
HOLDINGS I, LLC; MOHEGAN HILL
DEVELOPMENT, LLC; MOHEGAN HILL
TARRAGON, LLC; TARRAGON
CORPORATION; AND MOHEGAN HILL
DEVELOPMENT/WILSON, LLC    : AUGUST 8, 2008

## LIS PENDENS

NOTICE is hereby given of the pendency of a civil action between the above-named parties brought by writ dated September 6, 2006 returnable to the Superior Court within and for the Judicial District of New London at New London on October 3, 2006, which action is brought seeking, *inter alia*, a constructive trust and declaratory judgment as to the rights of the plaintiff to such properties.

The plaintiffs claim an interest in the properties which are set forth in Schedules A and B attached hereto.

Schedule
A.

Doc ID: 000761730003 Type: LAN
BK **495** PG**576-578**

### WARRANTY DEED

TO ALL PEOPLE TO WHOM THESE PRESENTS SHALL COME, GREETING:

TO ALL PEOPLE TO WHOM THESE PRESENTS SHALL COME, GREETING:

KNOW YE, THAT we, **STEPHEN A. JOB and JOAN A. MABESOONE** of the Town of Montville, County of New London and State of Connecticut, for the consideration of FIVE HUNDRED EIGHTY-EIGHT THOUSAND AND 00/100  ($588,000.00) DOLLARS received to our full satisfaction of MOHEGAN HILL DEVELOPMENT, LLC, a Connecticut limited liability company having an office and place of business at 3100 Monticello Avenue, Suite 200, Dallas, Texas 75205 do give, grant, bargain, sell and confirm unto the said **MOHEGAN HILL DEVELOPMENT, LLC,**

### SEE SCHEDULE 'A' ATTACHED HERETO

TO HAVE AND TO HOLD the above granted and bargained premises, with the appurtenances thereof, unto it the said grantee, and unto its successors and assigns forever, to it and their own proper use and behoof.

AND ALSO, we the said grantors do for ourselves, our heirs, executors, administrators, successors and assigns, covenant with the said grantee, and with its successors and assigns, that at and until the ensealing of these presents, we are well seized of the premises, as a good indefeasible estate in FEE SIMPLE, and we have good right to bargain and sell the same in manner and form as is above written; and that the same is free from all encumbrances whatsoever, except as hereinbefore mentioned.

AND FURTHERMORE, we the said grantors do by these presents bind ourselves, our heirs, executors, administrators, successors and assigns forever to WARRANT AND DEFEND the above granted and bargained premises to him the said grantee, and to its successors and assigns, against all claims and demands whatsoever, except as hereinbefore mentioned.

IN WITNESS WHEREOF, Grantors have hereunto set our hands and seals this 11th day of August, 2006.

Signed, Sealed and Delivered
in the Presence of:

_____          _____ (L.S.)
                                 Stephen A. Job

_____          _____ (L.S.)
TERRY L. KUNATH                  Joan A. Mabesoone

2940.00   Conveyance Tax Collected
1470.00   _____
          Town Clerk of Montville

K:\###CLOSINGS###\job.derryhill.pkg.wpd

SCHEDULE "A"

Two certain tracts or parcels of land, together with the buildings and improvements thereon, situated in the Town of Montville, County of New London and State of Connecticut and being more particularly bounded and described as follows:

**TRACT ONE:**

A certain tract or parcel of land, together with the buildings and improvements thereon, situated in the Town of Montville, County of New London and State of Connecticut, bounded and described as follows:

Beginning at an iron pipe on the Northerly side of Derry Hill Road, said point being at the dividing line between these premises and land now or formerly of John L. Blattler, Jr. and Alice E. Blattler; thence running N 05°15' E a distance of One Hundred Fifty (150) feet to an iron pipe, bounded by said Blattler land; thence turning and running S 80°15' E a distance of One Hundred Fifty (150) feet to an iron pipe; thence turning and running S 05°15' W a distance of One Hundred Fifty (150) feet to an iron pipe at face of stone wall, the preceding two courses being bounded by land now or formerly of Louis Job, Sr.; thence turning and running N 80°15' W a distance of One Hundred Fifty (150) feet to the point of beginning, bounded by Derry Hill Road; all bearings being magnetic.

**TRACT TWO:**

A certain piece or parcel of land, located in the Town of Montville, County of New London and State of Connecticut, bounded and described as follows:

Beginning at an iron pipe located on the Northerly line of Derry Hill Road in the Town of Montville, Connecticut, said point being the Southeasterly corner of property now or formerly of Ida Job, and also being located 150' Easterly of, as measured along the Northerly line of said Derry Hill Road, from the Southeasterly corner of land now or formerly of one John L. and Alice E. Blattler, Jr.; thence bearing magnetically along said Ida Job's land N 5°15' E, 150' to an iron pipe; thence continuing along said Ida Job's land N 80°15' W 150 feet to an iron pipe at the said Blattler land; thence bearing N 5°15' E along said Blattler land 60' to an iron pipe at Mary Job's land; thence bearing S 80°15' E along said Mary Job's land, 180' to an iron pipe; thence continuing along said Mary Job's land S 5°15' W, 210' to the Northerly line of said Derry Hill Road; thence bearing along said Northerly line of said Derry Hill Road N 80°15' W 30' to the point of beginning.

Said premises are conveyed subject to easements, restrictions and agreements as of record appear, building and building line restrictions, any and all provisions of municipal ordinances including planning, zoning and inland wetland regulations of the Town of Montville, Connecticut, public or private law, and taxes to the Town of Montville, Connecticut hereafter coming due.

Reference is hereby made to a Warranty Deed from Ida Job to Stephen A. Job and Peter A. Job dated March 20, 1986 and recorded at Volume 171, Page 444 of Montville Land Records. Reference if further made to a Quitclaim Deed from Peter A. Job to Stephen A. Job, dated September 1, 1998 and recorded September 28, 1998 in Volume 315, Page 725 of Montville Land Records.

N:\job.derryhill.desc.wpd

STATE OF CONNECTICUT          )
                             ) ss: Montville          August 11, 2006
COUNTY OF NEW LONDON          )

Personally appeared Stephen A. Job and Joan A. Mabesoone, known to me (or satisfactorily proven) to be the persons whose names are subscribed to the within instrument and acknowledged that they executed the same for the purposes therein contained as their free act and deed.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
William E. McCoy
Commissioner of the Superior Court

Latest Address of the Grantee:

200 Boston Post Road
Orange, CT 06477

Received for Record at Montville, CT
On 08/23/2006 At 1:32:51 pm

K:\###CLOSINGS###\job.derryhill.pkg.wpd

Schedule

B.

Doc ID:  000626910004 Type: LAN
BK 508  PG 771-774

## EXECUTRIX DEED

TO ALL PEOPLE TO WHOM THESE PRESENTS SHALL COME, GREETINGS:

KNOW YE, That I, HONEY LOEW, A/K/A JEANETTE HONEY LOEW, of 129 Beach Avenue, Hull, MA 02045, Executrix of the Estate of Melitta Loew, late of West Palm Beach, Florida, deceased, by virtue of the power invested in me in ARTICLE VI of the Last Will and Testament of Melitta Loew, dated October 30, 1985, and in consideration of the sum of TWO HUNDRED THOUSAND AND 00/100 ($200,000.00) Dollars received to my full satisfaction of MOHEGAN HILL DEVELOPMENT, LLC, a Connecticut Limited Liability Company with a principal office at 3100 Monticello Avenue, Suite 200, Dallas, TX 75205 (hereinafter referred to as "Grantee"), its successors and assigns forever, all of the right, title, interest, claim and demand which the said Melitta Loew had at the time of her decease, or which I as such Executrix have or ought to have in and all that certain piece or parcel of land known as **1519-1523 Norwich-New London Turnpike, CT Rt. 32, Montville, Connecticut**, and more fully described on Schedule A attached hereto and made a part hereof.

TO HAVE AND TO HOLD, the above granted and bargained premises with the appurtenances thereof, unto MOHEGAN HILL DEVELOPMENT, LLC, the said Grantee its successors and assigns forever, to them and their own proper use and benefit forever.

AND ALSO, I, the said Executrix do hereby covenant with MOHEGAN HILL DEVELOPMENT, LLC, the said Grantee, its successors and assigns, that I have full power and authority as Executrix aforesaid to grant and convey the above-described premises in manner and form aforesaid and for myself and my heirs, executors and administrators, do further covenant to warrant and defend the same to MOHEGAN HILL DEVELOPMENT, LLC, the said Grantee, its successors and assigns, against the claims of any person or persons whomsoever, claiming by, from or under me as Executrix aforesaid.

IN WITNESS WHEREOF, I, as such Executrix have hereunto, set my hand and seal this 23rd day of June, 2006.

Signed, sealed and delivered
in the presence of:                      ESTATE OF MELITTA LOEW

_Stephanie Oprea_

_Patricia Purcella_                     By: _Honey Loew a/k/a Jeanette Honey Loew_
                                        Honey Loew a/k/a Jeanette Honey Loew,   _Executrix_
                                        Executrix


1000.00    Conveyance Tax Collected
 500.00    _Lisa Terry_
           Town Clerk of Montville

## Schedule A

Two certain pieces or parcels of land located in the Town of Montville, County of New London and State of Connecticut, and bounded and described as follows:

PARCEL I:

All that tract of land situated and lying on the easterly side of Route No. 32 and further bounded and described as follows:

NORTHERLY By land now or formerly of C.H. Bennett and land now or formerly of Flagg, partly by each, a distance of 1,341 feet.
EASTERLY By land now or formerly of Fred Stanley, a distance of 229.5 feet.
SOUTHERLY By land now or formerly of F. Dunn and the Estate of M. M. Green, partly by each, a distance of 1,320 feet.
WESTERLY By Route No. 32, a distance of 438.2 feet.

This parcel contains approximately 11 acres and is further described on a survey entitled "Plan of property for John Piotrowski in the Town of Montville, Scale 1" = 100' by F. E. Robinson, dated October, 1960."

Being the same premises conveyed to Grantor by Warranty Deed from Walter Chabasinski and Helen Chabasinski dated October 28, 1971 and recorded on October 28, 1971 in the Montville land Records in Vol. 113, page 583.

This parcel is subject to a Private Property Permit, as set out in deed from Harry Opperman to the Conn. Power Co. dated August 25, 1943 and recorded on October 28, 1971 in the Montville Land Records in Vol. 51, page 147.

Parcel II:

A tract of land with the buildings thereon, situated on the easterly side of the Norwich-New London Turnpike, in the Town of Montville, bounded and described as follows:

Beginning at a point on the easterly side of the Norwich-New London Turnpike (Route 32) at the southwesterly corner of land conveyed by Lauretta E. LeFebevre to Marvin C. Gold; thence run Easterly along said land now or formerly of Gold 293 feet; thence run Northerly 150 feet, to the Northeasterly corner of said land now or formerly of Gold at a point 260 feet easterly from the Norwich-New London Turnpike, which point is 50 feet southerly from land of the Norwich Roman Catholic Diocese; thence run Easterly by a line 50 feet Southerly from and parallel with the Southerly line of said Diocese property about 670 feet to the Northwesterly corner of property now or formerly of Alexander Ferdman, Samuel Siegal and William Curry; thence Southerly about 250 feet along said land now or formerly of Ferdman, Segal and Curry to the northerly line of land formerly of Walter & Helen Chabasinski described as Parcel I above; thence westerly by said Parcel I about 900 feet to the easterly line of Norwich-New London Turnpike; and thence by the easterly line of Norwich-New London Turnpike about 249.49 feet to the point of beginning.

Together with a right of way to and from the Norwich-New London Turnpike over the fifty foot wide road now or formerly owned by Ferdman, Segal and Curry which is northerly of the northerly line in this description.

EXCEPTING THEREFROM a certain piece or parcel of land conveyed by New London-Norwich Drive-In Theatre, Inc. to John C. Ellis by Warranty Deed dated November 24, 1982 and recorded in Volume 150 at page 948 of the Montville Land Records, being a portion of Parcel I and more particularly described as follows:

A certain tract of land situated on the easterly side of the Norwich-New London Turnpike, in the Town of Montville, bounded, and described as follows, to wit:

Beginning at the northerly corner of the herein described parcel, said point being the easterly corner of land now or formerly of Mountview Associates and the southerly corner of land now or formerly of Sargeant Arms, Inc., William S. Gagne, Trustee; thence running in a generally southwest direction in a line that is a continuation of the line between Gagne land and Mountview Associates land 276.5', more or less, to the westerly corner of the herein described parcel and land now or formerly of Robert Dunn; thence running easterly 295', more or less, along lands of Robert Dunn and Harry J. & Sarah Ogulnick to the southerly corner of the herein described parcel and land now or formerly of Elizabeth Stanley; thence running northeasterly 229.5', more or less, to land of Mountview Associates; thence running northwesterly along land now or formerly of Mountview Associates 300.16' to the point and place of beginning.

Said excepted parcel contains 1.7 acres and is more precisely shown on a map entitled "Plan Showing Proposed Parcel "A" To Be Conveyed To Mountview Associates Scale 1" = 100' Dated October 5, 1982". By J. Robert Planner & Associates, P.C.

STATE OF MASSACHUSETTS )
                       ) SS:  Hull
COUNTY OF Plymouth     )        (City or Town)



    On this the 23rd day of June, 2006, before me, Jeanette Honey Loew, the undersigned officer, personally appeared HONEY LOEW, A/K/A JEANETTE HONEY LOEW, who acknowledged herself to be the Executrix of the Will of Melitta Loew dated October 30, 1985, and that she, as such Executrix, being authorized so to do, executed the foregoing instrument for the purposes therein contained as her free act and deed and as such Executrix.

Last Mailing Address of Grantee:
3100 Monticello Avenue, Suite 200
Dallas, TX 75205

Notary Public
My Commission Expires: 7\18\08

LOIS M. DAHLQUIST
Notary Public
Commonwealth of Massachusetts
My Commission Expires July 18, 2008

Received for Record at Montville, CT
On 05/04/2007 At 11:05:16 am
Brian Tanny

Dated at West Hartford, Connecticut on this the 8th day of August, 2008.

PLAINTIFFS,

By _____

Richard P. Weinstein of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT  06107
Telephone No. (860) 561-2628
Juris No. 45674

Received for Record at Montville, CT
On 08/11/2008 At 1:43:06 pm

STATE OF CONNECTICUT:

                : SS. WEST HARTFORD        August 11, 2008

COUNTY OF HARTFORD  :

          THE within and foregoing Amended Lis Pendens is a like copy of the original Amended Lis Pendens recorded at the town clerk's office in the town of Montville.

          ALSO on the 11th day of August 2008, and by virtue hereof and direction of the plaintiff's attorney, I made due and legal service by leaving a true and attested copy of the original Amended Lis Pendens with and in the hands of Gary Scappini, Manager for C T Corporation System, whom is the duly authorized Statutory Agent to accept service on behalf of the within named defendant:

**MOHEGAN HILL DEVELOPMENT, LLC**

At One Corporate Center, 11th floor, Hartford.

          ALSO on the 11th day of August 2008, I made due and legal service of the within original Amended Lis Pendens by leaving a true and attested copy at the office of Attorney Douglas M. Evans, whom is duly authorized to accept service on behalf of the within named defendant:

**MOHEGAN HILL DEVELOPMENT, LLC**

At 29 Memorial Drive, West Hartford.

**SCOTT M. KRAIMER**
CONNECTICUT STATE MARSHAL
P.O. Box 271621 • West Hartford, CT 06127-1621 • 860-521-1223

THE WITHIN IS THE CERTIFIED COPY OF THE ORIGINAL
AMENDED LIS PENDENS WITH MY DOINGS HEREON ENDORSED.

FEES:                              ATTEST:

SERVICE            $ 30.00
TRAVEL             $ 15.80
ENDORSEMENTS       $  1.20         SCOTT M. KRAIMER
PAGES              $  9.00         CT. STATE MARSHAL
RECORDING FEE      $ 20.00         HARTFORD COUNTY
PD. TOWN CLERK     $106.00

TOTAL              $182.00

SCOTT M. KRAIMER
CONNECTICUT STATE MARSHAL
P.O. Box 271621 • West Hartford, CT 06127-1621 • 860-521-1223

```
Doc ID:    001816350032 Type: LAN
BK 528  PG 425-456
```

This is to certify that
the attached document was
received for record on
8 | 11 | 08    at  1:49 Pm
MONTVILLE LAND RECORDS
Attest Melinda J Robert
ASST    TOWN CLERK    32 pgs

| | |
|---|---|
| DOCKET NO:  HHD-X07-CV-06-5008307S | : SUPERIOR COURT |
| JOEL GREENE, ET AL. | : COMPLEX LITIGATION DOCKET |
| V. | : AT HARTFORD |
| JOHN VOLOSHIN; LINDA VOLOSHIN; JOLI, LLC.; VOLOSHIN CAPITAL, LLC; VOLOSHIN CAPITAL-UNCASVILLE, LLC; VOLOSHIN DEVELOPMENT CORPORATION; MONTVILLE PROPERTY HOLDINGS I, LLC; MOHEGAN HILL DEVELOPMENT, LLC; MOHEGAN HILL TARRAGON, LLC; TARRAGON CORPORATION; AND MOHEGAN HILL DEVELOPMENT/WILSON, LLC | : AUGUST 8, 2008 |

## AMENDED LIS PENDENS

To the extent that the caption did not include all of the defendants on the original Lis Pendens (dated November 9, 2006, recorded in Volume 499, at Pages 984-1015), the undersigned hereby amends the Lis Pendens to include all defendants.

NOTICE is hereby given of the pendency of a civil action between the above-named parties brought by writ dated September 6, 2006 returnable to the Superior Court within and for the Judicial District of New London at New London on October 3, 2006, which action is brought seeking, *inter alia*, a constructive trust and declaratory judgment as to the rights of the plaintiff to such properties.

SCHEDULE A

TRACT ONE: A certain tract or parcel of land with any buildings thereon located on the Easterly side of Massapeag Road in the Town of Montville, County of New London and State of Connecticut, bounded and described as follows:

BEGINNING at an iron on the Easterly side of Massapeag Road at the dividing line between this described tract and land now or formerly of Leon Katz and thence running Southerly along the Easterly side of said Road 240.5 feet; thence turning an interior angle to the left of 112° 30' and running Easterly about 404 feet to the high water mark of the Thames River, bounding Southerly on other land now or formerly of Krajewski; thence in a generally Northerly direction along the high water mark of the Thames River 340 feet more or less; thence Westerly about 492 feet to the point of beginning bounding Northerly on said Leon Katz land. Premises are subject to a right of way for
The New London Northern Railroad which crosses the above tract from North to South. Reference may be had to a Plan of the Property made by Chandler & Palmer, Engineers of Norwich, in April 1970, Containing 2.5 acres.

TRACT TWO: A certain tract or parcel of land located in the Town of Montville, County of New London and State of Connecticut, being bounded and described as follows:

Beginning at an iron pipe at the Northwesterly corner of the herein conveyed tract, said pipe being located 164.00 feet Easterly from an iron pipe on the Northeasterly line of Massapeag Side Road said distance being measured along the dividing line between other land of Joseph C. Krajewski, Jr. and Alice M. Krajewski and running thence Easterly about 220 feet to the Southwesterly shore line of the Thames River abutting Northerly on other land of Krajewski; thence Southeasterly about 200 feet along said shore line to land now or formerly of William Pasqualini; thence Westerly about 220.5 feet to an iron pipe abutting Southerly on said Pasqualini land; thence deflecting 73° 40' to the right and running Northwesterly 199.69 feet to the iron pipe at the point of beginning abutting Southwesterly on said other land of Joseph C. Krajewski. Jr. and Alice M. Krajewski. Containing about 1.0 acre.

LESS AND EXCEPTING from both of the above property granted to The New London, Willimantic and Springfield Railroad Company by John G. Fitch, Overseer of the Tribe of Mohegan Indians in a deed dated October 5, 1848 and recorded on October 5, 1848 in Volume 15 at Page 38 of the Montville Land Records.

Together with the right to cross the railroad at thru places made and prepared in a suitable manner by the owner of the railroad property, as set forth in Volume 15 at Page 38.

## Exhibit A

Legal Description

**Description for 47 Driscoll Drive**

A certain piece or parcel of land situated in the Town of Montville, County of New
London and State of Connecticut being more particularly bounded and described as
follows:

Commencing at the northwest corner of the parcel herein described said point being
further described as being the southwest corner of land now or formerly of Robert Caplet
and the southeast corner of a right-of-way to Driscoll Drive, as shown on a map entitled,
"Plan Showing Portion of Property of Louis Job to be Conveyed to Robert Caplet
Driscoll Drive, Montville, Conn. - Scale: 1" = 40', February 9, 1973, by Bernard F. Stone.
P.E. & L.S.; thence N 85° 23' 34" E, 25.03' to a point; thence N 64° 31' 57" E, 47.90' to a
point, being the northwest corner of land now or formerly of Katz, last two mentioned
courses being bounded northerly by said Caplet; thence S 10° 40' 01" E, 204.24' by and
along in part by a stone wall to a point; thence S 9° 13' 50" E, 116.13' by and along a
fence to a fence post at a fence intersection; thence S 10° 15' 04" E, 282.51' by and along
said fence to a point; thence S 9° 30' 18" E, 42.64' by and along said fence to a point;
thence S 8° 58' 56" E, 41.71' by and along a stone wall to a drill hole being the southwest
corner of land now or formerly of Katz and the northwest corner of land now or formerly
of Krajewski; thence S 3° 08' 33" E, 130.31' by and along in part by a stone wall to a drill
hole; thence S 10° 28' 35" E, 201.17' by and along a stone wall to a drill hole, said drill
hole being the southwest corner of said Krajewski land and the northwest corner of land
now or formerly of Smith; thence S 9° 55' 08" E, 211.16' by and along a stone wall to a
drill hole at a wall intersection, said drill hole being the southeast corner of the parcel
herein described and the southwest corner of said Smith land; thence S 71° 07* 14" W,
251.43' by and along a stone wall bounded southerly by land now or formerly of
MacCracken to a drill hole, said drill hole being the southwest corner of the parcel herein
described; the following courses being along other land of said Job; thence N 8° 48' 09"
W 679.15' to an iron pipe; thence N 87° 00' 52" E. 149.75' by and along a fence to an iron
pipe; thence N 11° 04' 48" W, 182.81' to an iron pipe; thence N 9° 42' 20" W, 106.55' to
an iron pipe; thence N 9° 42' 20" W, 205.57' to an iron pipe; thence N 6° 13' 59" E,
105.84' to the point and place of commencement.

TOGETHER WITH A RIGHT OF WAY as set forth in a Warranty Deed from John B.
Lathrop and Frank W. Lathrop dated July 1, 1990 and recorded in Volume 224 at Page
581 of the Montville Land Records and further described as follows:

A right of way for all purposes of ingress and egress and laying and maintaining of utility
services over, under, across and upon a certain tract or parcel of land shown as "Reserved
R.O.W." on a certain map or plan entitled "Lathrop Brothers Driscoll Drive Sheet 1 of 2
Surveyed by: Foley & Leonard L.S. Scale 1" = 50' Jan. 1968 Rev. #1 April 1968, Rev. #2
March 1971 (Rev. lot layout) Rev. #3 July 1971 (new signatures) drainage design: M.J.
Garvie L.s. & P.E. Final Plan" which right of way is more particularly bounded and

described as follows:

Beginning at a point in the Southeasterly street line of Driscoll Drive at the Northeasterly corner of the herein described right of way and the Northwesterly corner of Lot #39 as shown on said plan; thence running along the arc of a curve to the left with a radius of 30 feet for a distance of 29 feet, more or less, to a point; thence running in a Southeasterly direction for a distance of 155 feet, more or less, to a point, the last two courses being bounded by Lot #39 as shown on said plan; thence running South 78° 53' 30" West for a distance 50 feet bounded Southeasterly by land formerly of Job to the Southeasterly corner of Lot #40 as shown on said plan; thence running in a Northwesterly direction for a distance of 125 feet, more or less, to a point; thence running along the arc of a curve to the left with a radius of 30 feet for a distance of 49 feet, more or less, to a point in the Southeasterly street line of Driscoll Drive, the last two courses being bounded by Lot #40 as shown on said plan; thence running in a Northeasterly direction for a distance of 105 feet, more or less, bounded Northwesterly by Driscoll Drive to the point and place of beginning.

## Exhibit A

### Legal Description

**Description for 229 Massapeag Side Road**

A certain tract or parcel of land, located on the easterly side of Massapeag Side Road in the town of Montville, County of New London and State of Connecticut, bounded and described as follows:

BEGINNING at a point on the easterly line of Massapeag Road 100 feet southerly of land of Domenica Pasqualini and from said point running southerly along the easterly line of said road 125 feet; thence deflecting 90 degrees to the left and running easterly about 447 feet, more or less to the westerly shore of the Thames River; thence northerly along the westerly shore of the Thames River about 130.7 feet, more or less; thence westerly about 178 feet, more or less to the point of beginning, abutting northerly on land to be conveyed by Lyman E. Smith to Pasqualini. The above tract is subject to whatever rights of ownership the Central Vermont Railroad Company may hold in or to the easterly portion of this tract where said Railroad crosses said tract.

Exhibit A

Legal Description

**Description for 272 Massapeag Side Road**

A certain tract or parcel of land with the buildings thereon, situated on the westerly side of
Massapeag Road, in the Town of Montville, County of New London and State of Connecticut,
bounded and described as follows:

Beginning at a point on the westerly side of Massapeag Road which point is at the intersection of
the southeasterly corner of the herein described tract and the northeasterly corner of land now or
formerly of Joseph Krajewski, thence running in a westerly direction along a stone wall 237 feet to
other land now or formerly of Leon Katz; thence running in a northerly direction bounded westerly
by other lands now or formerly of Leon Katz 170 feet, to other lands now or formerly of Leon Katz,
thence running in an easterly direction bounded northerly by other lands now or formerly of Leon
Katz 225 feet to the westerly side of Massapeag Road, thence running in a southerly direction
along the westerly side of Massapeag Road 162 feet to the point of beginning.

Together with a right of way for all purposes of ingress and egress only in common with Leon
Katz and others who might have a similar right of way as may be conveyed to them by Leon Katz
in subsequent deeds over a tract of land 14 feet wide and 170 feet long abutting the northerly
side of the herein described tract.

Exhibit A

Legal Description

**Description for 260 Massapeag Side Road**

A certain tract or parcel of land situated on the westerly side of Massapeag Side Road in the Town of Montville, County of New London and State of Connecticut, and known as Lot No. 2 as shown on a m p entitled "Final Plan of Subdivision of Property of Custom Built Homes, Inc. Town of Montville, Conn. Scale 1" = 100' Chandler, Palmer & King Oct. 15, 1975", which map is on file in the Town Clerk's Office as Map #484, being further bounded and described as follows:

Commencing at the northeasterly corner of the within described premises and thence southerly along the westerly line of Massapeag Side Road 142.14 feet to a monument, thence running on a curve along the westerly side of Massapeag Side Road 19.86 feet to an iron pin at the northeasterly corner of Lot #3 on said map; thence south 67° 12' 03" west a distance of 1,572.39 feet to an iron pin; thence north 17° 41' 36" west a distance of 60.00 feet to an iron pin; and thence running north 64° 29' 54" east  a distance of 1,507.69 feet to the point and place of beginning.

Together with a right of way over the section of land located on the easterly line of the lot between said easterly line and the westerly line of Massapeag Side Road which portion is shown as the area to be conveyed to said Town of Montville on said final plan.

## Exhibit A

### Legal Description

**Description for 252 Massapeag Side Road**

A certain piece or parcel of land with the buildings and improvements thereon situated in the Town of Montville, County of New London and State of Connecticut, and being more particularly bounded and described as follows:

Known as Lot No. 3 as shown on a map entitled, "Final Plan of Subdivision of Property of Custom Built Homes, Inc., Town of Montville, Conn. Scale: 1" = 100' Chandler, Palmer & King  Oct. 15, 1975" which map is on file in the Town Clerk's Office as Map #484.

Commencing at the northeasterly corner of the within described premises and thence running southerly along the westerly line of Massapeag Side Road on a curve having a radius of 360.26 feet for a distance of 157.00 feet to an iron pin; thence S 69° 53' 59" W 1597.58 feet to an iron pin; thence N 17° 41' 36" W 80.00 feet to an iron pin; thence N 67° 12' 03" E 1572.39 feet to the point and place of beginning.

Together with a right of way over that section of land located between the easterly line of this lot and the westerly line of Massapeag Side Road, which portion is shown as area to be conveyed to The Town of Montville on the final Plan.

## Exhibit A

### Legal Description

**Description for 266 Massapeag Side Road**

A certain tract or parcel of land situated on the westerly side of Massapeag Side Road, in the Town of Montville, County of New New London and State of Connecticut and known as Lot No. 1 as shown on a map entitled, "Final Plan of Subdivision of Property of <BR>Custom Built Homes, Inc., Town of Montville, Conn. Scale: 1" = 100' Chandler, Palmer & King  Oct. 15, 1975" which map is on file in the Town Clerk's Office in Map Book 3, page 79.Commencing at the northeasterly corner of the within described premises and thence running S 44° 26' 53" E 151.94 feet to an iron pin; thence running S 64° 29' 54" W 1507.69 feet to an iron pin; thence S 17° 41' 36" E 245.00 feet to a drill hole in a stone wall; thence S 72° 18' 24" W 130.00 feet to a drill hole in a stone wall; thence N 10° 39' 08" W 201.17 feet to a drill hole in a stonewall; thence N 3° 20' 10" N 130.31 feet to a drill hole in a stonewall; thence N 62° 45' 27" E 135.41 feet to an iron pin; thence N 62° 45' 27" E 120.37 feet to a drill hole in a stone wall; thence N 63° 56' 27" E 212.91 feet to a drill hole in a stone wall; thence N 63° 07' 27" E 65.35 feet to a drill hole in a stone wall; thence N 62° 17' 28" E 211.39 feet to a drill hole in a stone wall; thence N 61° 44' 28" E 156.14 feet to a drill bole in a stone wall; thence N 62° 13' 28" E 159.57 feet to a drill hole; thence N 60° 06' 28" E 65.76 feet to a drill hole in a stone wall; thence N 63° 54' 27" E 145.46 feet to an iron pin; thence N 61° 24' 28" E 228.40 feet to the point and place of beginning.

Together with a Right of way over the section of land located on the easterly line of the lot as more particularly described in the Warranty Deed from Clement E. Watson dated June 29, 1977 and recorded in Volume 131 at Page 864 of the Montville Land Records.

Exhibit A


Legal Description

**Description for 255 Massapeag Side Road**

A certain tract or parcel of land, together with the buildings thereon, located on the easterly side of Massapeag Side Road, in the Town of Montville, County of New London and State of Connecticut, more particularly bounded and described as follows:

Beginning at an iron at the southwesterly corner of the herein described tract, said point being the northwesterly corner of lands now or formerly of William Pasqualini; thence running northerly along the easterly side of the highway 102.9 feet to an iron; thence deflecting 12° 49' to the left and running 97.1 feet to an iron; thence deflecting 112° 30' to the right and running 184 feet to an iron pipe along lands now or formerly of Edward Krajewski; thence turning an angle to the right of 78° 06' and running 199.69 feet to an iron pipe, being bounded on the north by other lands now or formerly of Edward Krajewski; thence turning an angle to the right of 106° 00' and running along the lands now or formerly of William Pasqualini a distance of 170.5 feet, more or less to the easterly side of Massapeag Side Road and the point and place of beginning.

## Exhibit A

### Legal Description

**Description for 233 Massapeag Side Road**

A certain tract or parcel of land with the buildings thereon, located on the easterly side of Massapeag Road in the Town of Montville, State of Connecticut, being bounded and described as follows:

Beginning at an iron on the easterly line of Massapeag Road at the dividing line between the herein conveyed tract of land now or formerly of Lyman E. Smith, thence running easterly about 504.5 feet to the Thames River; abutting southerly on said land now or formerly of said Smith; thence running northerly along the shore of said Thames River about 101 feet; thence running westerly on a line which is 100 feet northerly from and parallel to the first described line about 479 feet to an iron on easterly line of said Massapeag Road; thence running southerly along said Massapeag Road line 103.5 feet to the iron at the point of beginning.

### Description for 237 Massapeag Side Road

A certain tract or parcel of land with the buildings thereon, situated in the Town of Montville, County of New London and State of Connecticut, bounded and described as follows:

Beginning at a point on the easterly line of Massapeag Road at the southwesterly corner of land now or formerly of Domenica Pasqualini and from said point running southerly along the easterly line of said road 100 feet; thence deflecting 90 degrees to the left and running easterly about 478 feet to the Thames River; bounding southerly on land now or formerly of these grantors; thence northerly along the westerly line of said Thames River about 196 1/2 feet to an iron bound; thence westerly 504 1/2 feet, more or less, to the point of beginning, abutting northerly on said Domenica Pasqualini land.

The above tract is subject to whatever rights of ownership the Central Vermont Railroad Co. may hold in or to the easterly portion thereof where said Railroad crosses said tract.

### Description for 241 and 245 Massapeag Side Road

Certain real estate situated in the Town of Montville, County of New London and State of Connecticut, and more particularly bounded and described as follows:
A certain tract or parcel of land, located on the easterly side of Massapeag Road in the Town of Montville, State of Connecticut, being bounded and described as follows:

FIRST PARCEL: BEGINNING at a point on the easterly line of Massapeag Road at the dividing line between the herein-described tract and land now or formerly of William J. and Eunice Pasqualini; thence running southerly along the easterly line of Massapeag Road 103.5 feet; thence running easterly on a line which is 100 feet southerly from and parallel to the aforementioned southerly boundary line of said Pasqualini land about 479 feet to the Thames River; thence northerly along said River about 102 feet to the southeasterly corner of said Pasqualini land; thence running westerly about 482 feet to the point of beginning, abutting northerly on said Pasqualini land.

SECOND PARCEL: Beginning at the southwesterly corner of the herein described tract on the easterly side of Massapeag Road at the northwesterly corner of land now or formerly of Lyman

Smith; thence running easterly along the line of the fence and said fence line extended easterly 482 feet to the westerly shore of the Thames River, abutting southerly on said Smith land; thence running northerly along the westerly shore of the Thames River 235 feet; thence running westerly in a straight line 391 feet to the easterly side of said Massapeag Road to a point that is 200 feet northerly from the point of beginning measured along the easterly side of Massapeag Road and abutting northerly on land now or formerly of Monica Krajewski; thence running southerly along the easterly side of Massapeag Road 200 feet to the point of beginning.

## Exhibit A

### Legal Description

**Description for 226 Massapeag Side Road**

First piece:

A certain tract or parcel of land located in the Town of Montville, County of New London and State of Connecticut, being bounded and described as follows:

Beginning at an iron pipe at the end of a stone wall on the westerly line of Massapeag Side Road at the dividing line between the herein described tract and other land now or formerly of Richard E. Smith, et al and thence running along said road line South 4°15'42" East, 306.21 feet; thence South 12°39'48" West, 32.99 feet along said road line to a point; thence South 88°13'55" West, 511.18 feet to an iron pipe in a stone wall, abutting southerly on other land of said Smith; thence North 20 46 30 West, 201 .68 feet along said wall to a drill hole; thence North 19°38'22" West, 115.68 feet along said wall to a drill hole at a wall corner, these last lines abutting on land now or formerly of Job; thence North 19°12'45" West, 43.09 feet partly along a wall to a bolt set in rock at a wall corner; thence North 88°50'15" East, 380.23 feet along a wall to a drill hole; thence North 88°13'55" East, 239.97 feet along said wall to iron pipe at the point of beginning.

Second piece:

A certain tract or parcel of land located in the State of Connecticut, County of New London and the Town of Montville on the westerly side of Massapeag Side Road<BR>bounded and described as follows:

Beginning at a point on a wa11 354. 12 feet westerly of a drill hole in a wall corner at the northeasterly corner of land now or formerly of Henry S. and Arlene S. Wujtewicz and running thence South 72°-20'-23" West along said stone wall 50.8 feet to a drill hole abutting Northerly on land now or formerly of James and Donna Duso; thence, abutting Duso land along the wall line the following six courses, first South 72°-15'-24" West 142.45 feet to a drill hole; thence South 72°-25'-24" West 222.5 feet to a drill hole; thence South 72°48'-24' West 119.77 feet to a drill hole; thence South 72°28'-24" West 301 .8 I feet to a drill hole at the end of the stone wall on the easterly side of a brook; thence South 72°-17'-24" West 146.96 feet to a drill hole in the end of a stone wall; thence South 72° 18'-24" West 249.49 feet to a drill hole at the south westerly corner of said Duso land; thence South 72°-18'-24" West 130 feet abutting Northerly on land now or formerly of Joseph J. Falman III to a drill hole at a wall intersection at land now or formerly of Robert and Nancy Caplet; thence South 10°-05'-41" East abutting westerly on said Caplet land 211.16 feet to a dri11 hole at the southeasterly corner of land of said Caplet, said point is located in the northerly line of land now or formerly of Louis and Rhonda Job; thence Easterly following a stone wall abutting southerly on said Job land North 70°14'40" East,1079.35 feet to a wall corner at the northeasterly corner of said Job land in the westerly line of land now or formerly of David and Roni Wujtewicz; thence northerly partly along a stone wall North 19°12'45"West, 43.09 feet to a bolt set in a rock at a wall corner: thence running North 88°50'15" East along a stone wall 266.89 feet, to<BR>the southwesterly corner of land conveyed to Henry and Arlene Wujtewicz by these grantors; thence northerly, abutting westerly along said Arlene Wujtewicz and Elsie Canfield land North 1°29'48" West a distance of 209.40 feet to the point of beginning.

## Exhibit A

### Legal Description

**Description for 246 Massapeag Side Road**

A certain tract or parcel of land, together with the buildings and improvements thereon, situated on the westerly side of Massapeag Side Road in the Town of Montville, County of New London and State of Connecticut, and known as Lot No. 4 as shown on a m p entitled "Final Plan of Subdivision of Property of Custom Built Homes, Inc. Town of Montville, Conn. Scale I"-I00' Chandler, Palmer & King Oct. 15, 1975", which map is on file in the Town Clerk's Office as Map #484.

Commencing at the northeasterly corner of the within described premises and thence running southerly along what will be the westerly line of Massapeag Side Road on a curve having a radius of 360.26 feet for a distance of 54.81 feet to a monument to be placed; thence S 72° 36' 10" E 101.19 feet to a drill hole in a stone; thence S 72° 06' 23" W along a stone wall 102.50 feet; thence continuing along the stone wall S 72° 20' 23" W 287.42 feet; thence continuing along the stone wall S 72° 15' 24" W 142.45 feet; thence continuing along the stone wall S 72° 25' 24" W 222.58 feet; thence continuing along the stone wall S 72° 48' 24" W 119.77 feet; thence continuing along the stone wall S 72° 28' 24" W 301.81 feet; thence S 72° 17' 24" W 146.96 feet; thence S 72° 18' 24" W 249.49 feet; thence N 17° 41' 36" W 85 feet to Lot #3 on said map; thence N 69° 53' 59" E 1,597.58 feet to the point and place of beginning.

A right of way over a small portion of land located Easterly of the Easterly line of the within described parcel is granted until such time as said parcel located Easterly of the within described parcel is conveyed to the Town of Montville at which time it will become a part of the public highway.

Exhibit A

Legal Description

**Descriptions for 43R Driscoll Road, Massapeag Side Road, Derry Hill Road, 190 Derry Hill Road**

Six certain tracts or parcels of land, together with the buildings and improvements thereon, if any, situated in the Town of Montville, County of New London and State of Connecticut, and being more particularly bounded and described as follows:

FIRST TRACT:

A certain tract of land, with the buildings thereon, situated in the Town of Montville, County of New London and State of Connecticut, containing 70 acres, more or less, bounded and described as follows:

Beginning at a point on a stone wall, which point is at the intersection of the Northeast corner of land now or formerly of Louis Job and the Southeast corner of the herein described tract of land; thence running in a Northerly direction along said stone wall to a right of way leading form Fort Shantok Road to the property owned by Louis Job; thence continuing in a Northerly direction over and across said right of way to a stone wall; thence running in an Easterly direction along said stonewall 160 feet, more or less, to another stone wall and lands now or formerly of Sautter; thence running in a Northerly direction along said stone wall, bounded Easterly by said Sautter's land to another stone wall and lands now or formerly of Sautter; thence running Westerly and in other directions as the same may be necessary along Sautter land and lands now or formerly of the State of Connecticut known as Fort Shantok Park and lands now or formerly of Hunter, of Dolbeare, of Wozniak, of Tantiquidgeon and of Olins to lands now or formerly of Louis Job; thence running in an Easterly direction bounded Southerly by said Louis Job's land to the point of beginning.

Excepting therefrom the above-described premises the following conveyances:

1. Those premises conveyed to Martin by deed recorded at Volume 58, Page 470 of Montville Land Records;

2. Those premises conveyed to Brown by deed recorded at Volume 58, Page 497 of Montville Land Records;

3. Those premises conveyed to Lathrop by deed recorded at Volume 60, Page 13, Montville Land Records;

4. Those premises conveyed to Lathrop by deed recorded at Volume 60, Page 33, Montville Land Records;

5. Those premises conveyed to Lathrop by deed recorded in Volume 60, Page 176, Montville Land Records;

6. Those premises conveyed to Lathrop by deed recorded at Volume 60, Page 560, Montville Land Records;

7.Those premises conveyed to Lathrop by deed recorded at Volume 64, Page 392, Montville
Land Records;

8.Those premises conveyed to Lathrop by deed recorded at Volume 67, Page 153, Montville
Land Records;

9.Those premises conveyed to Lathrop by deed recorded at Volume 89, Page 685 Montville Land
Records;

10.Those premises conveyed to Lathrop by deed recorded at Volume 95, Page 478, Montville
Land Records;

11.Those premises conveyed to Lathrop by deed recorded at Volume 112, Page 685, Montville
Land Records;

12.Those premises conveyed to Caplet by deed recorded at Volume 118, Page 1011, Montville
Land Records.

13.Those premises conveyed to Lathrop by deed recorded at Volume 147, Page 792, Montville
Land Records;

14.Those premises conveyed to Lathrop by deed recorded at Volume 163, Page 763, Montville
Land Records;

15.Those premises conveyed to Lathrop by deed recorded at Volume 172, Page 648, Montville
Land Records.

Reference is hereby made to a Quitclaim Survivorship Deed from Louis Job to Louis Job and
Mary Job dated July 13,1973 and recorded on July 19, 1973 at Volume 119, Page 1018 of
Montville Land Records and further to a Certificate Re: Succession Tax relative to the Estate of
Louis Job dated June 2, 1977 and recorded on June 10, 1977 at Volume 131, Page 805 of
Montville Land Records.

SECOND TRACT:

That certain tract of land, with the buildings thereon standing, if any, situated in the Town of
Montville, County of New London, and State of Connecticut, bounded and described as follows:

SOUTHERLY:   By the highway known as Derry Hill Road;
WESTERLY:    By land now or formerly of Sam Bosker and land now or formerly of Doyle;
NORTHERLY:   By land now or formerly of Charles A. Gager, Jr., land now or formerly of Olin F.
Browning and land now or formerly of E.W. and A.M. Higgins; and
EASTERLY:    By land now or formerly of F.B. Brandegee Estate.

There is excepted form the above-described tract those premises described in the following
conveyances:
1.Those premises conveyed to the Town of Montville, Connecticut at Volume 47, Page 105 of
Montville Land Records.
2.Those premises conveyed to Elias Skulczyk and Frieda Skulczyk by deed recorded at Volume
52, Page 452 of Montville Land Records.
3.Those premises conveyed to Verkade by deed recorded at Volume 54, Page 203 of Montville
Land Records.
4.Those premises conveyed to John L. Blattler, Jr. and Alice E. Blattler by deed recorded at

Volume 58, Page 381 of Montville Land Records.

5. Those premises conveyed to Louis Job, Jr. by deed recorded at Volume 82, Page 1 of Montville Land Records.

6. Those premises conveyed to Marcus P. Job by deed recorded at Volume 123, Page 527 of Montville Land Records.

7. Those premises conveyed to Louis Job, Jr. and Ida Job by deed dated June 27, 1963 and recorded on June 29, 1963 at Volume 60, Page 531 of Montville Land Records.

8. Those premises conveyed to Ida Job by deed dated November 10, 1978 and recorded at Volume 137, Page 93 of Montville Land Records.

Reference is hereby made to a quitclaim Survivorship deed from Louis Job to Louis Job and Mary Job dated July 13, 1973 and recorded on July 19, 1973 at Volume 119, Page 1018 of Montville Land Records and further to a tax certificate re jointly owned real estate dated June 2, 1977 and recorded on June 10, 1977 at Volume 131, Page 605 of Montville Land Records.

THIRD TRACT:

A certain tract or parcel of land, with the buildings and improvements thereon, situated in the Town of Montville, County of New London and State of Connecticut, bounded and described as follows:

Beginning at a point on the west side of present driveway which is approximately one hundred eighty-five (185) feet west of east bound of farm on Massapeag Road; thence westerly approximately three hundred sixteen (316) feet to a wall; thence northerly along said wall approximately three hundred eighty-nine (389) feet to the junction of another wall; thence easterly along a wall approximately one hundred ninety-five (195) feet to aforementioned driveway, thence southerly two hundred forty-five (245) feet to an angle in the driveway; thence continuing along said driveway in a slightly west of south direction three hundred seventeen (317) feet to a point of beginning; also including the right to use said driveway for entrance and exit to above property.

Reference is hereby made to a quit claim deed from Louis Job, Jr. and Ida Job to Louis Job dated June 27, 1963 and recorded June 29, 1963 at Volume 78, page 185 of Montville Land Records.

Reference is further made to a Certificate of Devise from Louis Job to Mary Job dated June 2, 1977 and recorded at Volume 131, Page 608 of Montville Land Records.

FOURTH TRACT:

A tract of land, with the buildings and improvements thereon situated on the southerly side of Driscoll Drive in the Town of Montville, County of New London and State of Connecticut, described as follows:

Beginning at a point on the southerly line of Driscoll Drive 161.20 feet southwesterly along the southerly line of Driscoll Drive from the P.T. of a curve being the northwesterly corner of Lot No. 42B on a revision of a plan entitled "Lathrop Brothers, Driscoll Drive, Sheet 1 of 2, Surveyed by Foley & Leonard, L.S" Scale 1" = 50', Jan. 1968, Drainage Design: M.J. Garvie L. S. & P.E. Final Plan Rev. #1 April, 1968, Rev #2 March 1971 (Rev Lot Layout) Rev #3 July 1971 (New Signature)"; thence by the westerly line of said Lot No. 42B, first deflecting to the left and running along the arc of a curve having a radius of 25 feet and a tangent of 25 feet to a point of tangency of said curve and then deflecting to the right and running along the arc of said curve about 64 feet to land now or formerly of Lathrop; thence westerly by said Lathrop's land 50 feet to the westerly line of a proposed right of way and land now or formerly of Mary Job; thence by said Job land, first northerly deflecting to the left along the arc of a curve having a radius of 165.40 feet about 51 feet to a point of tangency of the curve and then northwesterly deflecting to the left along the arc

of a curve having a radius of 25 feet and a tangent of 25 feet to the southerly line of Driscoll Drive; and thence easterly by the southerly line of Driscoll Drive 100 feet to the point of beginning.

Said area is the beginning of a proposed roadway between Driscoll Drive and the northerly line of land now or formerly of Mary Job.

Said Rev. is No. 2 March 1971 and No. 3 of July 1971.


FITTH TRACT:

A certain tract of land, with the buildings thereon, situated in the Town of Montville.  County of New London, and State of Connecticut, containing 36 acres, more or less, bounded and described as follows:

| | |
|---|---|
| Northerly: | by land now or formerly of John C. Smith |
| Easterly: | by land now or formerly of John C. Smith, William A. Church and Henry Austin Smith; |
| Southerly: | by land now or formerly of Seth C. Smith and Sarah S. Gay; and, |
| Westerly: | by land now or formerly of E. Olin Browning. |

Excepting therefrom those premises conveyed to Caplet by deed recorded at Volume 118, Page 1011 of Montville Land Records, and those premises conveyed to Lathrop by deeds recorded at Volume 112, Page 685 and Volume 95, Page 478 of the Montville Land Records.

Reference is hereby made to a Quitclaim Survivorship Deed from Louis Job to Louis Job and Mary Job dated July 13, 1973 and recorded on July 19, 1973 at Volume 119, Page 1018 of Montville Land Records and further to a Certificate Re: Succession Tax relative to the Estate of Louis Job dated June2, 1977 and recorded on June 10, 1977 at Volume 131, Page 605 of Montville Land Records.

Excepting from the foregoing tracts that certain piece or parcel of land together with the buildings and improvements thereon situated as conveyed by Warranty Deed to Frances J. LeDoux, Sr. by deed dated February 10, 1992 and recorded on August 7, 1992 in Volume 245 at Page 281 of the Town of Montville Land Records.

SIXTH TRACT:

A certain tract or parcel of land situated off the Massapeag Side Road and off Teecomwas Drive in the Town of Montville, County of New London and State of Connecticut, described as follows:

Beginning at the Northwesterly corner of the described premises at the intersection of lands now or formerly of the Norwich Roman Catholic Diocese, Engelgau and Fowler and Lathrop Enterprises, Inc., and running thence Easterly by said Enterprises land to land now or formerly of Louis Job; thence by said Job land, first Southeasterly to a corner, then deflecting to the right and running Southwesterly to a corner, then deflecting to the left and running Southeasterly to land now or formerly of Elizabeth T. Capen et al; thence Southwesterly by said Capen land to other land of said Job; thence deflecting to the right and running Northwesterly by said Job land to an angle and said Diocese land; and thence Northerly by said Diocese land to a corner, then deflecting to the left and running Westerly to a corner, and then deflecting to the right and running Northerly to the point of beginning.

Together with a right of way described in the division of land, sequestered by the State of Connecticut for use of the Mohegan Tribe of Indians and divided and distributed to and among members of the Tribe as described in the conveyance of Lot #35 conveyed to Eliphalet P. Fielding by an instrument dated September 18, 1872 and recorded October 10, 1872 at Volume 22, Page 20 of the Montville Land Records.

Being the same premises described in a Quit Claim Deed from Marjorie Lathrop to Evelyn Wheeler Sharples, Natalie Fournier, and Raymond Wheeler dated June 19, 1969, and recorded at Volume 105, Page 9 of the Montville Land Records. Also being the same premises described in a Probate Certificate of Devise from Edith W. Dart to Dana H. Dart dated January 30, 1976 and recorded February 18, 1976 at Volume 127, Page 52 of the Montville Land Records.

## SCHEDULE A

A certain tract or parcel of land, situated on Massapeag
Road in the Town of Montville, County of New London and
State of Connecticut, bounded and described as follows:

Beginning at the end of a stone wall on the westerly line of
Massapeag Road at the dividing line between the herein
conveyed tract and land of Mrajewski, thence running
westerly along the center of said stone wall about 250 feet,
abutting northerly on said Mrajewski land; thence running
southerly about 200 feet, thence running easterly about 250
feet to the westerly line of said Massapeag Road, the last
two lines abutting westerly and southerly on remaining land
of this grantor; then running northerly along said westerly
road line about 250 feet to the point of beginning.

#424303

Schedule A

Beginning at a point in the Southerly line of land now or formerly of James and Donna Duso 250.00 feet westerly of the westerly line of Massapeag Side Road at the Northwesterly corner of land of the grantee and running thence South 15° 33' 19" East abutting easterly on land of the grantees 200.00 feet to a point; thence North 70° 36' 13" East 250.00 feet to the westerly line of Massapeag Side Road; thence South 17° 29' 52" East 58.02 feet to the northeast corner of land formerly of David and Roni Wujtewicz; thence South 75° 02' 27" West 239.97 feet to a drill hole; thence South 75° 38' 47" West 113.34 feet to a drill hole; thence North 14° 41' 26" West 209.40 feet to a point on a stone wall; thence North 59° 08' 56" East along said wall 102.32 feet to the point of beginning.  Containing 34,913 Square Feet.



Doc ID: 000736860004 Type: LAN
BK **489** PG **449-452**

## WARRANTY DEED

***Steven Eckhouse, Trustee,*** of South Windsor, Connecticut, for consideration
paid, grant to ***Mohegan Hill Development, LLC,*** a Connecticut limited liability
company, with ***WARRANTY COVENANTS:***

### 40 Saltbox Lane

A certain piece or parcel of land situated in the Town of Montville. County of
New London and State of Connecticut, being known as Lot #7-CC (also shown as Lot
#16) on a map or plan entitled "Resubdivision Plan Saltbox Farms - Section 2 Property
Now Or Formerly Of The Colchester Group Old Colchester Road, Montville, Conn. Scale
1" = 100' October 14, 1988 RGU 3-20-89, 4-24-89, 5-16-91, 5-30-91 McKay
Engineering Niantic, Conn", which map is on file in the Montville Town Clerk's Office
as Map #1293, reference to which may be had for a more particular description. Said
Lot#7-CC is bounded and described as follows:

Beginning at a point in the southerly street line of Salt Box Lane, said point
marking the northeasterly corner of Lot 7-DD and the northwesterly corner of the
parcel herein described; thence southeasterly along said southerly street line of Saltbox
Lane South 43° -17' - 46" East a distance of forty-two and twelve hundredths feet
(42.12') to a point marking the start of a curve; thence continuing along said
southerly street line of Saltbox Lane on said curve concave to the northeast and having
a radius of one hundred and ninety feet (190.00'), a distance of two hundred seventy-
six and sixty-nine hundredths feet (276.69') to a point marking the northwesterly
corner of Lot 7-BB, thence southeasterly along said land of Lot 7-BB the following
courses, South 01° - 15' -12" East ninety-three and seventy-one hundredths feet
(93.71'), South 43° - 17' - 46" East eighty-two and forty-eight hundredths feet
(82.48') and South 60° – 41' - 37" East one hundred seventy-two and ten hundredths
feet (172.10') to a point on the property line of land now or formerly of M. Kopko;
thence southwesterly along land of said Kopko the following courses, South 49° - 49' -
14" West forty-six and fifty seven hundredths feet (46.57'), South 53° - 36' -18" West
eighty-six and sixty-eight hundredths feet (86.68'), South 53° -01' - 55" West fifty-
eight and thirty one hundredths feet (58.31'), South 51 ° - 32' - 09" West one
hundred and fifty-eight hundredths (100.58'), South 47° -16'- 23" West eighteen and
twenty-four hundredths feet (18.24') and South 55° - 51' - 08" West one hundred

Latest Address of Grantee:

2550.°⁰
1275.⁰⁰

Conveyance Tax Collected

_Lisa Terry_
Town Clerk of Montville

LAW OFFICES
KAPLAN AND BRENNAN LLP
648 NORWICH ROAD - PLAINFIELD, CONNECTICUT 06374
(860) 564-3351   JURIS NO. 101579

four and thirty-one hundredths feet (104.31') to a point marking the southeasterly corner of said Lot 7-DD; thence northerly along land of said Lot 7-DD North 23° - 38' - 42" West a distance of four hundred seventy-seven and forty-five hundredths feet (477.45') to a point, thence continuing along land of said Lot 7-DD North 45° - 1 1'- 34" East a distance of two hundred feet (200.00') to the point and place of beginning. The above described parcel contains 3.293 acres.

     The above parcel is subject to a drainage easement and a "Right to Drain" and is the same parcel as shown on a map entitled "Subdivision Plan Saltbox Farms – Section 2 Old Colchester Road, Montville, CT" Scale 1" = 100' October 14, 1988, Revised thru 5/30/91.

**44 Saltbox Lane**

     A certain piece or parcel of land situated in the Town of Montville, County of New London and State of Connecticut, being known as Lot #7-DD (also shown as Lot #4) on a map or plan entitled "Resubdivision Plan Saltbox Farms - Section 2 Property Now Or Formerly Of The Colchester Group Old Colchester Road, Montville, Conn. Scale 1" = 100' October 14, 1988 RGU 3-20-89, 4-24-89, 5-16-91, 5-30-91 McKay Engineering Niantic, Conn", which map is on file in the Montville Town Clerk's Office as Map #1293, reference to which may be had for a more particular description. Said Lot #7-DD is bounded and described as follows:

     Beginning at a point on the southwesterly street line of Saltbox Lane, said point marking the southeasterly corner of Lot 7-EE and the northwesterly corner of the parcel herein described; thence South 43° - 17' - 46" East along said southwesterly street line of Saltbox Lane a distance of two hundred feet (200.00') to a point, said point marking the northwesterly corner of Lot 7-CC; thence southerly along land of said Lot 7-CC South 45° -11' - 34" West two hundred feet (200.00') to a point; thence continuing along land of said Lot 7-CC South 23° - 38' - 42" East a distance of four hundred seventy-seven and forty-five hundredths feet (477.45') to a point on the property line of land now or formerly of M. Kopko, said point also marking the southwesterly corner of Lot 7-CC; thence westerly along land of said Kopko the following courses. South 55° - 51' -08" West thirty-four and ninety-eight hundredths feet (34.98'), South 54° - 33' - 40" West thirty and seventy-eight hundredths feet (30.73'), South 59° -03' - 30" West forty-five and seventy hundredths feet (45.70'), South 57° - 20' - 23" West twenty-two and forty-one hundredths feet (22.41') and South 83° - 28' - 14" West twenty-four and fifty-three hundredths feet (24.53') to a point marking the southwesterly corner of the parcel herein described; thence North

LAW OFFICES

KAPLAN AND BRENNAN LLP

443 NORWICH ROAD • PLAINFIELD, CONNECTICUT 06374

(860) 564-3301   JURIS NO. 101579

23° - 38' - 42" West along property now or formerly of John Scovish a distance of six hundred forty-six and forty-three hundredths feet (646.43') to a point, said point marking the southeasterly corner of Lot 7-EE; thence North 45° -11' - 34" East a distance of two hundred ninety-four and fifty-five hundredths feet (294.55') to the point and place of beginning. The above described parcel contains 3.159 acres and is the same parcel as shown on a map entitled "Subdivision Plan Saltbox Farms - Section 2 Old Colchester Road, Montville, CT" Scale 1" -100' October 14, 1988, Revised thru 5/30/91.

### 48 Saltbox Lane

A certain piece or parcel of land situated in the Town of Montville, County of New London and State of Connecticut, being known as Lot #7-EE (also shown as Lot #5) on a map or plan entitled "Resubdivision Plan Saltbox Farms - Section 2 Property Now Or Formerly Of The Colchester Group Old Colchester Road, Montville, Conn. Scale 1" -100' October 14, 1988 RGU 3-20-89, 4-24-89, 5-16-91, 5-30-91 McKay Engineering Niantic, Conn", which map is on file in the Montville Town Clerk's Office as Map #1293, reference to which may be had for a more particular description. Said Lot #7-EE is bounded and described as follows:

Beginning at a point on the southwesterly street line of Saltbox Lane, said point marking the northwesterly corner of Lot 7-DD and the southeasterly corner of the parcel herein described, thence along land of said Lot 7-DD South 45° -11'- 34" West a distance of two hundred ninety-four and fifty-five hundredths feet (294.55') to a point on the property line of land now or formerly of John Scovish; thence northerly along land of said Scovish the following courses, North 23° - 38' - 42" West ten and thirty-seven hundredths feet (10.37'), North 19° - 29' - 02" West sixty and nine hundredths feet (60.09'), North 29° -51 - 36" West sixty-three and eighty-two hundredths feet (63.82'), North 27° - 43' - 25" West forty-nine and forty-two hundredths feet (49.42'), North 16° - 03' - 48" West forty-six and eighty-eight hundredths feet (46.88'), North 16° - 28' - IS" West forty-one and seventy-five hundredths feet (41.75'), North 18° - 56' - 59" West fifty-six and eighty-eight hundredths feet (56.88'), North 22° -17' - 01" West forty-seven and thirty-four hundredths feet (47.34'), North 31° -19' - 33" West one hundred sixty-two and fifty-seven hundredths feet (162.57'), North 25° - 07' - 27" West two hundred nine and thirteen hundredths feet (209.13') and North 25° -09' - 57" West nineteen and fourteen hundredths feet (19.14') to a point marking the northwesterly corner of the parcel herein described, thence North 64° -11' - 32" East a distance of thirty-seven and twenty-two hundredths feet (37.22') to a point marking the start of a curve to the southeast; thence along said curve concave to the southeast, having a radius of twenty-five feet (25.00') a distance of thirty-one and sixty-four hundredths feet

LAW OFFICES
KAPLAN AND BRENNAN  LLP
448 NORWICH ROAD · PLAINFIELD, CONNECTICUT 06374
(860) 564-3591   JURIS NO. 101878

(31.64') to a point marking the end of the curve on the southwesterly street line of land designated as a future road; thence South 43° -17' - 46" East along said southwesterly street line of future road and Saltbox Lane, partly by each, a distance of six hundred eighty-two and fifty-one hundredths feet (682.51') to the point and place of beginning.

The above described parcel contains 2.76 acres and is the same parcel as shown on a map entitled "Subdivision Plan Saltbox Farms - Section 2 Old Colchester Road. Montville, CT" Scale 1" = 100', October 14, 1988, Revised thru 5/30/91.

The above three parcels are subject to an easement in favor of the Connecticut Light and Power Company dated July 1, 1993 and recorded in Volume 256, at Page 635 of the Montville Land Records.

Said premises are conveyed subject to building and building line restrictions, any and all provisions of municipal ordinances, including planning, zoning and inland-wetland regulations, public and private law, and taxes or municipal charges and assessments hereinafter becoming due.

Signed May 18, 2006.

_____
JAMES F. BRENNAN

_____
John Mulcahy

STATE OF CONNECTICUT
COUNTY OF HARTFORD                ss:        South Windsor

The foregoing instrument was acknowledged before me on May 18, 2006 by Steven Eckhouse, Trustee.

_____ Steven Eckhouse, Trustee

Received for Record at Montville, CT
On 05/22/2006 At 2:10:04 pm

_____
Notary Public Commission of the
My Commission Expires: Superior Court

C:\Documents and Settings\Owner\My Documents\Word Documents\Eckhouse to Mohegan Hill Development LLC WARRANTY DEED.doc

LAW OFFICES
KAPLAN AND BRENNAN, LLP
643 NORWICH ROAD – PLAINFIELD, CONNECTICUT 06374
(860) 564-3551    JURIS NO. 101878

Schedule A

A tract of land situated on the easterly side of Swanty Johnson Road in the Town of Montville described as follows:

Commencing at an iron pin which marks the northwest corner of the herein described tract and which iron pin is located 316 feet, more or less, from the intersection of Swanty Johnson Road and Gay Hill Road, and running thence easterly by land now or formerly of Joseph E. Stepanik 235 feet to an iron pin and land formerly of Elizabeth Stepanik; thence southerly by said Elizabeth Stepanik land 200 feet to an iron pin; thence southwesterly by said land, now or formerly of Elizabeth Stepanik 116 feet to an iron pin; thence northwesterly by land now or formerly of Elizabeth Stepanik 235 feet to the easterly line of Swanty Johnson Road; and thence northeasterly by the easterly line of Swanty Johnson Road, 116 feet to an iron pin and thence northerly by the easterly line of Swanty Johnson Road 200 feet to the point and place of beginning.

Received for Record at Montville, CT
On 06/01/2006 At  2:02:45 pm

Schedule A

A certain piece or parcel of land with the buildings and
improvements thereon, situated on the easterly side of Tra-Mart
Drive in the Town of Montville, County of New London and State of
Connecticut and shown as Lot #63 on a plan entitled "Tra-Mart
Drive Owner: Anthony D. Tramontozzi, Developer Tra-Mart Realty,
21 Brewer Road, Uncasville, Connecticut, May 15, 1978, Sc.
1"=40'. Sheet 1 of 3, prepared by James F. McNally", bounded and
described as follows:

Beginning at the northwesterly corner of the herein described
tract, said point being the southwesterly corner of Lot #65 as
shown on said map in the easterly street line of Tra-Mart Drive;
thence running N 80° 31' 00" E for a distance of 230.00' feet
bounded northerly by Lot #65 as shown on said map to a point;
thence running S 06° 57' 10" E for a distance of 113.10 feet to a
fence post; thence running S 46° 05' 00" W for a distance of
213.07 feet to a point; thence running along the arc of a curve
to the left with a radius of 50.00 feet for a distance of 73.39
feet to a point in the easterly street line of Tra-Mart Drive;
thence running along the arc of a curve to the right with a
radius of 390.38' feet for a distance of 48.40 feet bounded
westerly by said Tra-Mart Drive to a point; thence running N 9°
29' 00" W for a distance of 134.04 feet bounded easterly by said
Tra-Mart Drive to the point and place of beginning.

*MC*

Received for Record at Montville, CT
On 06/01/2006 At 2:09:27 pm

Schedule A

Lots 4, 5 and 24 of Assessor's Map 42 Massapeag Side Road

Two certain tracts or parcels of land with the buildings thereon, located on the Massapeag Side Road in the Town of Montville, County of New London and State of Connecticut, bounded and described as follows:

FIRST TRACT: A parcel of land with the buildings thereon, bounded and described as follows:
Beginning at Thames River at the land owned by William A. Church and running Westerly with said Church land to land of Fidelia Fielding; thence southerly by said Fidelia Fielding land to land of Seth C. Smith to a corner in said Smith's land; thence southerly with Smith land and land of A. F. Champlin to a corner on A. F. Champlin's land; thence westerly by said Champlin's land and : : Seth C. Smith's land to the land of Heirs of Roxy Smith; thence southerly by land of said Heirs and land of Jerome W. Williams to land of Frank A. Rogers; thence easterly by said Rogers land to said River to a point called Water Fence Point northerly by said River to first mentioned bound. For a further description reference may be had to Montville Land Records, Book 17, Page 20, Book 15, Pages 137 and 138.

Excepting therefrom a certain tract conveyed to Central Vermont Railroad Company; and certain tracts conveyed to the following - Pasqualini recorded in Volume 61 at Page 289 and in Volume 64 at page 307; Stieg recorded in Volume 64 at page 202; Kampfer recorded in Volume 67 at Page 302 and Volume 91 at page 492; Canfield and Wujtewicz recorded in Volume 60 at page 494, as of record appear.

SECOND TRACT: A certain parcel of land with any buildings thereon standing, located in the Town of Montville, County of New London and State of Connecticut, and bounded and described as follows:
Bounded on the west by land now or formerly of Mrs. Frank A. Rogers, and Frank Foote; north by land now or formerly of Frank Foote; east by land now or formerly of Frank Foote; and south by land now or formerly of Lyman Smith, William Champlin and Mrs. Rogers.
Being a portion of the same premises described in a Quit-Claim Deed from William Champlin, Della C. Nickerson and Hattie C. Smith to Martha D. Smith recorded in the Montville Land Records, Vol. 61, page 411.

FURTHER EXCEPTING THEREFROM THE FOLLOWING THREE PARCELS OF LAND:

FIRST EXCEPTED PARCEL:
A certain tract or parcel of land located in the Town of Montville, County of New London and State of Connecticut, being bounded and described as follows:
Beginning at an iron pipe at the end of a stone wall on the Westerly line of Massapeag Side Road at the dividing line between the herein described tract and other land of these Grantors and thence running along side road line South 4° 15' 42" East, 306.21 feet; thence South 12° 39' 48" West, 32.99 feet along said road line to a point; thence South 88° 13' 55" West 511.18 feet to an iron pipe in a stone wall standing Southerly on other land now or formerly of Richard E. Smith et al; thence North 20° 46' 30" West 201.68 feet along said wall to a drill hole; thence North 19° 38' 22" West 115.68 feet along said wall to a drill hole at a wall corner, these last two lines abutting Southwesterly on land of William E. and Darlene P. MacCracken; thence North 19° 12' 45" West 43.09 feet partly along a stone wall to a bolt set in a rock at a wall corner; thence North 88° 50'

15" East 38. 23 feet along a stone wall to a bolt set in a rock; thence North 88° 13' 55" East 239.97 feet along the wall to the iron pipe at the point of beginning, these last three lines, abutting Southwesterly and Northerly on said other land now or formerly of Richard E. Smith et al. Containing 4.44 acres, more or less.

Being the land shown on "Plan of Land to be Conveyed by Richard E. Smith, et. al. to David A. & Roni M. Wujtewicz, Massapeag Side Road, Montville, Conn., Scale 1"=40', Chandler, Palmer & King, Norwich, Conn., Feb. 1982".

SECOND EXCEPTED PARCEL:
A certain tract or parcel of land located in the State of Connecticut, County of New London and the Town of Montville on the westerly side of Massapeag Side Road bounded and described as follows:
Beginning at a point on a wall 354.12 feet westerly of a drill hole in a wall corner at the northeasterly corner of land now or formerly of Henry S. and Arlene S. Wujtewicz and running thence South 72°-20'-23" West along said stone wall 60.8 feet to a drill hole abutting Northerly on land now or formerly of James and Donna Duso; thence, abutting Duso land along the wall line the following six courses, first South 72°-15'-24" West 142.45 feet to a drill hole; thence South 72°-25'-24" West 222.58 feet to a drill hole; thence South 72°-48'-24" West 119.77 feet to a drill hole; thence South 72°-28'-24" West 301.81 feet to a drill hole at the end of the stone wall on the easterly side of a brook; thence South 72°-17'-24" West 146.96 feet to a drill hole in the end of a stone wall; thence South 72°-16'-24" West 249.49 feet to a drill hole at the south westerly corner of said Duso land; thence South 72°-18'-24" West 130 feet abutting Northerly on land now or formerly of Joseph J. Falman III to a drill hole at a wall intersection at land now or formerly of Robert and Nancy Caplet; thence South 10°-05'-41"East abutting westerly on said Caplet land : : 211.16 feet to a drill hole at the southeasterly corner of land of said Caplet, said point is located in the northerly line of land now or formerly of Louis and Rhonda Job; thence Easterly following a stone wall abutting southerly on said Job land 1080 feet, more or less, to a wall corner at the northeasterly corner of said Job land in the westerly line of land now or formerly of David and Roni Wujtewicz; thence northerly partly along a stone wall 43.09 feet to a bolt set in a rock at a wall corner; thence running easterly 270 feet, more or less, to the southwesterly corner of land conveyed to Henry and Arlene Wujtewicz by these grantors; thence northerly, abutting westerly along said Arlene Wujtewicz and Elsie Canfield land 205.5 feet to the point of beginning. Containing, by estimation, 5.61 Acres, more or less.

THIRD EXCEPTED PARCEL
Beginning at a point in the Southerly line of land now or formerly of James and Donna Duso 250.00 feet westerly of the westerly line of Massapeag Side Road at the Northwesterly corner of land of the grantee and running thence South 15° 33' 19" East abutting easterly on land of the grantees 200.00 feet to a point; thence North 70° 36' 13" East 250.00 feet to the westerly line of Massapeag Side Road; thence South 17° 29' 52" East 58.02 feet to the northeast corner of land formerly of David and Roni Wujtewicz; thence South 75° 02' 27" West 239.97 feet to a drill hole; thence South 75° 38' 47" West 113.34 feet to a drill hole; thence North 14° 41' 26" West 209.40 feet to a point on a stone wall; thence North 59° 08' 56" East along said wall 102.32 feet to the point of beginning. Containing 34,913 Square Feet and being the premises conveyed by Montville Property Holdings I, LLC to Mohegan Hill development, LLC by Quit Claim deed dated April 21, 2006 and recorded in Volume 487 at page 506 of the Montville Land Records.

Massapeag Side Road - Montville, Conn., Scale 1" = 40 feet by Chandler, Palmer & King, dated Nov. 1972".

Together with the right to lay a water line to and draw water from the well located on the premises known as 68 Massapeag Side Road as set forth in the Warranty Deed from Bessie B. Smith dated December 5, 1972 and recorded in volume 118 at Page 173 of the Montville Land Records.

68 Massapeag Side Road :

A certain tract or parcel of land with the buildings thereon, located in the Town of Montville, State of Connecticut, being bounded and described as follows:

Beginning at a monument on the Northwesterly line of Massapeag Side Road at the dividing line between the herein conveyed tract and land conveyed by Bessie B. Smith to Leslie B. Smith and running thence North 3° 10' 16" West 336.42 feet to a monument abutting Westerly on said land conveyed to Leslie B. Smith and remaining land now or formerly of Bessie B. Smith; thence South 68° 00' 07" East 99.44 feet to a monument; thence South 78° 46' 58" East 161.28 feet; thence South 78° 49' 58" East 141.47 feet; thence South 7° 53' 42" East 71.54 feet to an iron pipe on the Northwesterly line of Massapeag Side Road, the last four lines abutting Northeasterly on remaining land now or formerly of Bessie B. Smith; thence South 54° 57' 26" West 87.87 feet along said road line to a drill hole; thence South 64° 48' 31" West 92.67 feet along said road line; thence South 70° 35' 35" West 238.14 feet along said road line to the point of beginning. Containing 1.85 acres.

Being a portion of the land shown on a "Plan of a Portion of Property of Bessie B. Smith, Massapeag Side Road - Montville, Conn., Scale 1" = 40 feet by Chandler, Palmer & King, dated Nov. 1972".

The premises known as 43 Massapeag Side Road are shown as "Area: 7.37 + Acres" on a map, entitled, "Plan of Property Made for Richard E. Smith, Leslie B. Smith, Elsie S. Canfield & Arlene S. Wujtewicz Massapeag Side Road Town of Montville, Connecticut Scale 1" = 40 Feet, Chandler, Palmer & King Norwich, Connecticut May 4, 1984"

EXHIBIT A

That certain piece or parcel of land together with the buildings and improvements thereon
situated in the in the Town of Montville, County of New London and State of Connecticut and
known as 41 Driscoll Drive, Montville, Connecticut (now known as 43 Driscoll Drive), and shown
as Lot 11B on a certain map entitled "Subdivision Plan Prepared for Ridgeview Hills, Inc. For
Property Located on Driscoll Drive, Montville, Conn., 3/18/92, Scale: 1" = 100', Sheet 2 of 2"
prepared by John Kopko Jr., & Associates, being more particularly bounded and described as
follows, to wit:
Beginning at a point set at the southeast corner of a 50' right of way as shown on said map; said
point being more particularly described as being the northeast corner of the parcel herein
described;
thence: S80-21-33W 125.04', bounded northerly by said 50' R.O.W. and land now or formerly of
Tirell, to a point,
thence: S73-30-13W 199.13', bounded northerly by land now or formerly of Osborn and land now
or formerly of Ladd, to a point,
thence: S05-56-17E 430.00', bounded westerly by other land of Ridgeview Hills Inc. to a point,
thence: N84-03-45E 363.00', bounded southerly by said Ridgeview Hills, Inc. property to a point,
thence: N15-44-39W 61.79', to a point,
thence: N14-22-11W 312.12' to a point;
thence: N1-34-08E 105.84', to the point and place of beginning.
Last three(3) described courses being bounded easterly by land now or formerly of DeSario.
Said parcel as herein described contains 3.4618 acres.
Said premises are conveyed together with a 20' wide water line easement being bounded and
described as follows:
Beginning at a point set on the westerly side of the parcel hereinbefore described, said point
being more [particularly described as being N05-56-17W 190.00' from the southwest corner of
said parcel hereinbefore described.
Thence: S77-51-09W 218.23' to a point,
Thence: S44-23-26W 817.57' to a point;
Thence: N45-36-34W 20.00' to a point;
Thence: N44-23-26E 823.58' to a point;
Thence: N77-51-09E 226.42' to a point,
The last five (5) described courses being by and along property of Ridgeview Hills, Inc.,
Thence: S05-56-17E 20.121', bounded easterly by said parcel hereinbefore described, to the
point and place of beginning.
Together with the right to use and maintain the well, piping and other appurtenances located in
said easement area until such time as the aforesaid parcel is connected to the available public
water supply, at which time said easement shall terminate.
Said parcel is also conveyed together with all right, title and interest of Ridgeview Hills, Inc. in and
to a 50' right of way shown as reserved R.O.W. between Lots #39 and 40 as shown on a plan
entitled, "Lathrop Brothers, Driscoll Drive, Sheet 2 of 2, surveyed by Faley & Leonard L.S., Scale:
1" = 50', Jan. 1968, Drainage Design: M.J. Garview L/S. & P.E., Final Plan, revised July 1971" on
file in the Montville Town Clerk's Office.

Received for Record at Montville, CT
On 11/09/2006 At 12:34:27 pm

Lisa Terry

The plaintiffs claim an interest in the properties which are set forth in Exhibits A-T attached hereto.

Dated at West Hartford, Connecticut on this the 8th day of August, 2008.

PLAINTIFFS,

By _____

Richard P. Weinstein of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT  06107
Telephone No. (860) 561-2628
Juris No. 45674

Received for Record at Montville, CT
On 08/11/2008 At  1:49:03 pm

STATE OF CONNECTICUT:
                    : SS. WEST HARTFORD          August 11, 2008
COUNTY OF HARTFORD  :

THE within and foregoing Amended Lis Pendens is a like copy of the original Amended Lis Pendens recorded at the town clerk's office in the town of Montville.

ALSO on the 11th day of August 2008, and by virtue hereof and direction of the plaintiff's attorney, I made due and legal service by leaving a true and attested copy of the original Amended Lis Pendens with and in the hands of Gary Scappini, Manager for C T Corporation System, whom is the duly authorized Statutory Agent to accept service on behalf of the within named defendant:

**MOHEGAN HILL DEVELOPMENT, LLC**

At One Corporate Center, 11th floor, Hartford.

ALSO on the 11th day of August 2008, I made due and legal service of the within original Amended Lis Pendens by leaving a true and attested copy at the office of Attorney Douglas M. Evans, whom is duly authorized to accept service on behalf of the within named defendant:

**MOHEGAN HILL DEVELOPMENT, LLC**

At 29 Memorial Drive, West Hartford.

SCOTT M. KRAIMER
CONNECTICUT STATE MARSHAL
P.O. Box 271621 • West Hartford, CT 06127-1621 • 860-521-1223

THE WITHIN IS THE CERTIFIED COPY OF THE ORIGINAL
AMENDED LIS PENDENS WITH MY DOINGS HEREON ENDORSED.

FEES:                                ATTEST:

SERVICE            $ 30.00
TRAVEL             $ 15.80           SCOTT M. KRAIMER
ENDORSEMENTS       $  1.20           CT STATE MARSHAL
PAGES              $ 32.00           HARTFORD COUNTY
RECORDING FEE      $ 20.00
PD. TOWN CLERK     $290.00

TOTAL              $389.00

*State of Connecticut*
*County of Hartford*
*Judicial Department*

**Scott M. Kraimer**
Connecticut State Marshal
P.O. Box 271621 • West Hartford, CT 06127-1621 • 860-521-1223

s ls to certify that
the attached document was
received for record on

8|11|08   at   1:31 pm

MONTVILLE LAND RECORDS
Attest: _Melinda L Roberts_

ASST TOWN CLERK   4 pgs

Doc ID:  001816300004 Type: LAN

BK **528**  PG**400-403**

DOCKET NO:  HHD-X07-CV-06-5008307S        : SUPERIOR COURT

JOEL GREENE, ET AL.        : COMPLEX LITIGATION DOCKET

V.        : AT HARTFORD

JOHN VOLOSHIN; LINDA VOLOSHIN;
JOLI, LLC.; VOLOSHIN CAPITAL, LLC;
VOLOSHIN CAPITAL-UNCASVILLE, LLC;
VOLOSHIN DEVELOPMENT
CORPORATION; MONTVILLE PROPERTY
HOLDINGS I, LLC; MOHEGAN HILL
DEVELOPMENT, LLC; MOHEGAN HILL
TARRAGON, LLC; TARRAGON
CORPORATION; AND MOHEGAN HILL
DEVELOPMENT/WILSON, LLC        : AUGUST 8, 2008

## AMENDED LIS PENDENS

To the extent that the caption did not include all of the defendants on the

original Lis Pendens (dated February 15, 2007, recorded in Volume 504, at Pages

493-495), the undersigned hereby amends the Lis Pendens to include all

defendants.

NOTICE is hereby given of the pendency of a civil action between the above-

named parties brought by writ dated September 6, 2006 returnable to the

Superior Court within and for the Judicial District of New London at New London

on October 3, 2006, which action is brought seeking, *inter alia*, a constructive

trust and declaratory judgment as to the rights of the plaintiff to such properties.

*Schedule A*
Legal Description

A certain piece or parcel of land, with all buildings and appurtenances thereon and thereto situated on the westerly side of Massapeag Side Road in the Town of Montville, County of New London, and State of Connecticut, as shown on a "Plan Showing Building Lots  Property of Mary R. Peringer  Massapeag Side Road  Montville, Connecticut, Scale 1" = 40' June 1978, George H. Dieter, L.S." on file in the Montville Land Records as Map No. 568 described as follows:

Being known as Lot 1A beginning at a point at the westerly line of Massapeag Side Road at the southeasterly corner of Lot 1, and running thence South 1 degree, 54 feet, and 14 inches West by the westerly line of Massapeag Side Road 150.00 feet to a point in the northeasterly corner of land now or formerly of Roy A. Rogers; thence South 83 degrees, 38 feet, and 21 inches West by said Rogers land 383.43 feet to a drill hole in a wall to land now or formerly of the Estate of Ida M. Rogers; thence by said Rogers land, first North 18 degrees, 10 feet, and 31 inches West along a wall 69.08 feet to a drill hole, then North 11 degrees, 8 feet, and 18 inches West along a wall a distance of 27.48 feet, then North 8 degrees, 15 feet, and 54 inches East by a wall 40.83 feet and then North 19 degrees, 10 feet, and 27 inches West by a wall a distance of 9.44 feet to the southwesterly corner of said Lot 1; and thence North 82 degrees, 52 feet, and 44 inches by said Lot 1 a distance of 407.08 feet to the point of beginning.

## SCHEDULE B

### LEGAL DESCRIPTION

All that certain piece or parcel of land, with all the improvements thereon, situated in the Town of Montville, County of New London and State of Connecticut, being more particularly bounded and described as follows:

Beginning at its northwest corner at a point in the southeasterly line of the Massapeag River Road at the junction of the land herein conveyed with land now or formerly of Lyman B. Smith; thence running northeasterly by and along said Road Six Hundred and Seven (607) feet to a merestone set at the south side of a Barway; thence running south Seventy-two degrees Ten minutes (72° 10') east by and along land now or formerly of Ida M. Rogers Three Hundred Sixteen (316) feet to another merestone set at the south side of a Barway near the tracks of the New London Northern Railroad Company; thence continuing in the same course across said Railroad to the shore of the Thames River; thence running southwesterly by and along said River about Nine Hundred Fifty (950) feet to the above mentioned land now or formerly of Lyman B. Smith; thence running northwesterly by and along said Smith land, crossing said Railroad land, about Four Hundred Forty (440) feet to the point of beginning at said River Road; excepting and reserving out of said tract the land heretofore sold to the New London, Willimantic and Palmer Railroad Company and now or formerly owned and occupied by the New London Northern Railroad Company.

Received for Record at Montville, CT
On 02/16/2007 At 12:31:07 pm

STATE OF CONNECTICUT:

              : SS. WEST HARTFORD        August 11, 2008

COUNTY OF HARTFORD  :

THE within and foregoing Amended Lis Pendens is a like copy of the original Amended Lis Pendens recorded at the town clerk's office in the town of Montville.

ALSO on the 11th day of August 2008, and by virtue hereof and direction of the plaintiff's attorney, I made due and legal service by leaving a true and attested copy of the original Amended Lis Pendens with and in the hands of Gary Scappini, Manager for C T Corporation System, whom is the duly authorized Statutory Agent to accept service on behalf of the within named defendant:

**MOHEGAN HILL DEVELOPMENT, LLC**

At One Corporate Center, 11th floor, Hartford.

ALSO on the 11th day of August 2008, I made due and legal service of the within original Amended Lis Pendens by leaving a true and attested copy at the office of Attorney Douglas M. Evans, whom is duly authorized to accept service on behalf of the within named defendant:

**MOHEGAN HILL DEVELOPMENT, LLC**

At 29 Memorial Drive, West Hartford.

SCOTT M. KRAIMER

CONNECTICUT STATE MARSHAL

P.O. Box 271621 • West Hartford, CT 06127-1621 • 860-521-1223

THE WITHIN IS THE CERTIFIED COPY OF THE ORIGINAL
AMENDED LIS PENDENS WITH MY DOINGS HEREON ENDORSED.

FEES:                                    ATTEST:

SERVICE              $ 30.00
TRAVEL               $ 15.80
ENDORSEMENTS         $  1.20             SCOTT M. KRAIMER
PAGES                $  3.00             CT. STATE MARSHAL
RECORDING FEE        $ 20.00             HARTFORD COUNTY
PD. TOWN CLERK       $ 66.00

TOTAL                $136.00

**Connecticut**
Hartford
**State of**
County of
Judicial Department

**SCOTT M. KRAIMER**
CONNECTICUT STATE MARSHAL
P.O. Box 271621 • West Hartford, CT 06127-1621 • 860-521-1223

...is to certify that
the attached document was
received for record on
8\11\08 at 1:39 Pm
MONTVILLE LAND RECORDS
Attest Melinda Hebert
ASST TOWN CLERK  3pgs

Doc ID:   001816310003 Type: LAN
BK528  PG404-406

DOCKET NO:  HHD-X07-CV-06-5008307S     : SUPERIOR COURT

JOEL GREENE, ET AL.     : COMPLEX LITIGATION DOCKET

V.     : AT HARTFORD

JOHN VOLOSHIN; LINDA VOLOSHIN;
JOLI, LLC.; VOLOSHIN CAPITAL, LLC;
VOLOSHIN CAPITAL-UNCASVILLE, LLC;
VOLOSHIN DEVELOPMENT
CORPORATION; MONTVILLE PROPERTY
HOLDINGS I, LLC; MOHEGAN HILL
DEVELOPMENT, LLC; MOHEGAN HILL
TARRAGON, LLC; TARRAGON
CORPORATION; AND MOHEGAN HILL
DEVELOPMENT/WILSON, LLC     : AUGUST 8, 2008

### AMENDED LIS PENDENS

To the extent that the caption did not include all of the defendants on the original Lis Pendens (dated January 25, 2007, recorded in Volume 503, at Pages 686-687), the undersigned hereby amends the Lis Pendens to include all defendants.

NOTICE is hereby given of the pendency of a civil action between the above-named parties brought by writ dated September 6, 2006 returnable to the Superior Court within and for the Judicial District of New London at New London on October 3, 2006, which action is brought seeking, *inter alia*, a constructive trust and declaratory judgment as to the rights of the plaintiff to such properties.

## EXHIBIT CC

All that certain piece or parcel of land with all the improvements thereon, situated in the Town of Montville, County of New London and State of Connecticut, being more particularly bounded and described as follows:

Beginning at its northwest corner at a point in the southeasterly line of the Massapeag River Road at the junction of the land herein conveyed with land now or formerly of Lyman B. Smith; thence running northeasterly by and along said Road Six Hundred and Seven (607) feet to a merestone set at the south side of a Barway; thence running south Seventy-two degrees Ten minutes (72° 10') east by and along land now or formerly of Ida M. Rogers Three Hundred Sixteen (316) feet to another merestone set at the south side of a Barway near the tracks of the New London Northern Railroad Company; thence continuing in the same course across said Railroad to the shore of the Thames River; thence running southwesterly by and along said River about Nine Hundred Fifty (950) feet to the above mentioned land now or formerly of Lyman B. Smith; thence running northwesterly by and along said Smith land, crossing said Railroad land, about Four Hundred Forty (440) feet to the point of beginning at said River Road; excepting and reserving out of said tract the land heretofore sold to the New London, Willimantic and Palmer Railroad Company and now or formerly owned and occupied by the New London Northern Railroad Company.

Received for Record at Montville, CT
On 01/29/2007 At 12:22:00 pm

Lisa Terry

The plaintiffs claim an interest in the property which are set forth in Exhibit CC attached hereto.

Dated at West Hartford, Connecticut on this the 8th day of August, 2008.

PLAINTIFFS,

By_____
Richard P. Weinstein of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT  06107
Telephone No. (860) 561-2628
Juris No. 45674

Received for Record at Montville, CT
On 08/11/2008 At 1:39:34 pm

STATE OF CONNECTICUT:

                : SS. WEST HARTFORD        August 11, 2008

COUNTY OF HARTFORD  :

THE within and foregoing Amended Lis Pendens is a like copy of the original Amended Lis Pendens recorded at the town clerk's office in the town of Montville.

ALSO on the 11th day of August 2008, and by virtue hereof and direction of the plaintiff's attorney, I made due and legal service by leaving a true and attested copy of the original Amended Lis Pendens with and in the hands of Gary Scappini, Manager for C T Corporation System, whom is the duly authorized Statutory Agent to accept service on behalf of the within named defendant:

**MOHEGAN HILL DEVELOPMENT, LLC**

At One Corporate Center, 11th floor, Hartford.

ALSO on the 11th day of August 2008, I made due and legal service of the within original Amended Lis Pendens by leaving a true and attested copy at the office of Attorney Douglas M. Evans, whom is duly authorized to accept service on behalf of the within named defendant:

**MOHEGAN HILL DEVELOPMENT, LLC**

At 29 Memorial Drive, West Hartford.

SCOTT M. KRAIMER

CONNECTICUT STATE MARSHAL

P.O. Box 271621 • West Hartford, CT 06127-1621 • 860-521-1223

THE WITHIN IS THE CERTIFIED COPY OF THE ORIGINAL
AMENDED LIS PENDENS WITH MY DOINGS HEREON ENDORSED.

FEES:                                    ATTEST:

SERVICE           $ 30.00
TRAVEL            $ 15.80
ENDORSEMENTS      $  1.20                 SCOTT M. KRAIMER
PAGES             $  3.00                 CT. STATE MARSHAL
RECORDING FEE     $ 20.00                 HARTFORD COUNTY
PD. TOWN CLERK    $ 58.00

TOTAL             $128.00

State of Connecticut
County of Hartford

Judicial Department

**SCOTT M. KRAIMER**
CONNECTICUT STATE MARSHAL
P.O. Box 271621  •  West Hartford, CT 06127-1621  •  860-521-1223

Doc ID: 001816320004 Type: LAN
BK **528** PG **407-410**

This is to certify that
the attached document was
received for record on
8|11|08          at 1:41 Pm
MONTVILLE LAND RECORDS
Attest Melinda J Robert
ASST TOWN CLERK 4 pgs

DOCKET NO:  HHD-X07-CV-06-5008307S        : SUPERIOR COURT

JOEL GREENE, ET AL.                      : COMPLEX LITIGATION DOCKET

V.                                       : AT HARTFORD

JOHN VOLOSHIN; LINDA VOLOSHIN;
JOLI, LLC.; VOLOSHIN CAPITAL, LLC;
VOLOSHIN CAPITAL-UNCASVILLE, LLC;
VOLOSHIN DEVELOPMENT
CORPORATION; MONTVILLE PROPERTY
HOLDINGS I, LLC; MOHEGAN HILL
DEVELOPMENT, LLC; MOHEGAN HILL
TARRAGON, LLC; TARRAGON
CORPORATION; AND MOHEGAN HILL
DEVELOPMENT/WILSON, LLC                  : AUGUST 8, 2008

### AMENDED LIS PENDENS

To the extent that the caption did not include all of the defendants on the

original Lis Pendens (dated November 22, 2006, recorded in Volume 500, at

Pages 671-673), the undersigned hereby amends the Lis Pendens to include all

defendants.

NOTICE is hereby given of the pendency of a civil action between the

above-named parties brought by writ dated September 6, 2006 returnable to the

Superior Court within and for the Judicial District of New London at New

London on October 3, 2006, which action is brought seeking, *inter alia*, a

constructive trust and declaratory judgment as to the rights of the plaintiff to

such properties.

The plaintiffs claim an interest in the properties which are set forth in

Exhibits AA and BB attached hereto.

## SCHEDULE 'A'

Five certain tracts or parcels of land with the buildings thereon standing, situated and lying in the Town of Montville, bounded and described as follows:

First Tract:  Bounded northerly by land of Charles Russell and of Mary E. Eaton; easterly by land of Peter Tully; southerly by land of Daniel Collins' heirs; and westerly by the Old Colchester Road.

Second Tract:  Bounded northerly by land of Eugene Chapman; easterly by said highway; southerly by lands of said Chapman; westerly by land of Eugene Chapman.

Third Tract:  Bounded northerly by land of Nathan A. Geer; easterly by said road; southerly by lands of said Chapman; westerly by land of Eugene Chapman.

Fourth Tract:  Bounded northerly by land of Joel H. Fox and others; southerly by lands of Sharp, of Lyman Daniels and others; westerly by lands of David Hart and others; and northwesterly and northerly by lands of said Fox and others; containing about one hundred and fifty (150) acres.

Fifth Tract:  Bounded easterly by land of the heirs of Rebecca Street; northerly by lands of Eugene Chapman and Wife, and of Amos O. Church; westerly by lands of Alexander Comstock; and southerly by lands of Arnold Rudd and land now or late of David Kinney; containing about two hundred (200) acres.

Excepting, however, such part of any of the above described premises as were conveyed by Nellie M. Chapman, Admrx., to Rose Linda by deed dated October 21, 1915 and recorded in the Montville Land Records, Volume 34, Page 55; and excepting such part of any of the above described premises as were conveyed by Steve Skobish and Antoninoi Skobish to others.

Being the same premises conveyed to this Grantor by Quit-Claim Deed Survivorship dated June 13, 1989 and recorded in Volume 212, Page 865 of the Montville Land Records.  Further reference may be had to a Tax Certificate for Land Records and Release of Succession and/or Estate Tax Lien for the Estate of John Walter Scovish, Sr., aka John Scovish dated November 2, 1998 and recorded in Volume 322, Page 225 of the Montville Land Records.

Excepting any and all conveyances as of record appear.

Received for Record at Montville, CT
On 09/28/2006 At 12:12:48 pm

Dated at West Hartford, Connecticut on this the 8th day of August, 2008.

PLAINTIFFS,

By _____
Richard P. Weinstein of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT  06107
Telephone No. (860) 561-2628
Juris No. 45674

Received for Record at Montville, CT
On 08/11/2008 At 1:41:15 pm

STATE OF CONNECTICUT:
                    : SS. WEST HARTFORD          August 11, 2008
COUNTY OF HARTFORD  :

THE within and foregoing Amended Lis Pendens is a like copy of the original Amended Lis Pendens recorded at the town clerk's office in the town of Montville.

ALSO on the 11th day of August 2008, and by virtue hereof and direction of the plaintiff's attorney, I made due and legal service by leaving a true and attested copy of the original Amended Lis Pendens with and in the hands of Gary Scappini, Manager for C T Corporation System, whom is the duly authorized Statutory Agent to accept service on behalf of the within named defendant:

**MOHEGAN HILL DEVELOPMENT, LLC**

At One Corporate Center, 11th floor, Hartford.

ALSO on the 11th day of August 2008, I made due and legal service of the within original Amended Lis Pendens by leaving a true and attested copy at the office of Attorney Douglas M. Evans, whom is duly authorized to accept service on behalf of the within named defendant:

**MOHEGAN HILL DEVELOPMENT, LLC**

At 29 Memorial Drive, West Hartford.

**SCOTT M. KRAIMER**
CONNECTICUT STATE MARSHAL
P.O. Box 271621  •  West Hartford, CT 06127-1621  •  860-521-1223

State of
County of

Connecticut
Hartford

Judicial Department

THE WITHIN IS THE CERTIFIED COPY OF THE ORIGINAL
AMENDED LIS PENDENS WITH MY DOINGS HEREON ENDORSED.

FEES:                                      ATTEST:

SERVICE          $ 30.00
TRAVEL           $ 15.80              SCOTT M. KRAIMER
ENDORSEMENTS     $  1.20              CT. STATE MARSHAL
PAGES            $  3.00              HARTFORD COUNTY
RECORDING FEE    $ 20.00
PD. TOWN CLERK   $ 66.00

TOTAL            $136.00

**State of** Connecticut
County of Hartford

Judicial Department

**Scott M. Kraimer**
Connecticut State Marshal
P.O. Box 271621 • West Hartford, CT 06127-1621 • 860-521-1223

is to certify that
the attached document **was**
received for record on

8|11|08   at  1:47 Pm

MONTVILLE LAND RECORDS
Attest: Melinda Roberts

ASST   TOWN CLERK  5 pgs

Doc ID:  001816340005 Type: LAN
BK 528  PG 420-424

DOCKET NO: HHD-X07-CV-06-5008307S        : SUPERIOR COURT

JOEL GREENE, ET AL.                               : COMPLEX LITIGATION DOCKET

V.                                                          : AT HARTFORD

JOHN VOLOSHIN; LINDA VOLOSHIN;
JOLI, LLC.; VOLOSHIN CAPITAL, LLC;
VOLOSHIN CAPITAL-UNCASVILLE, LLC;
VOLOSHIN DEVELOPMENT
CORPORATION; MONTVILLE PROPERTY
HOLDINGS I, LLC; MOHEGAN HILL
DEVELOPMENT, LLC; MOHEGAN HILL
TARRAGON, LLC; TARRAGON
CORPORATION; AND MOHEGAN HILL
DEVELOPMENT/WILSON, LLC                  : AUGUST 8, 2008

## AMENDED LIS PENDENS

To the extent that the caption did not include all of the defendants on the original Lis Pendens (dated March 13, 2007, recorded in Volume 505, at Pages 636-639), the undersigned hereby amends the Lis Pendens to include all defendants.

NOTICE is hereby given of the pendency of a civil action between the above-named parties brought by writ dated September 6, 2006 returnable to the Superior Court within and for the Judicial District of New London at New London on October 3, 2006, which action is brought seeking, *inter alia*, a constructive trust and declaratory judgment as to the rights of the plaintiff to such properties.

The plaintiffs claim an interest in the properties which are set forth in Schedules A and B attached hereto.

## SCHEDULE A

Five certain tracts or parcels of land, together with the buildings and improvements thereon, situated on the northerly side of Chesterfield Road in the Town of Montville, County of New London and State of Connecticut, which premises are more particularly bounded and described as follows:

**FIRST TRACT:**    Begin at a point in the northerly line of Chesterfield Road at the southeasterly corner of land now or formerly of Walter Piotrowski and Hilda Piotrowski and at the southeasterly corner of the premises described; thence run the following courses and distances: (1) north 15 degrees 8 minutes 40 seconds westerly and along said Piotrowski land 541.55 feet to a point; (2) continuing north 15 degrees 8 minutes 40 seconds west by and along the Third Piece hereinafter described 458.45 feet to a point; (3) north 71 degrees 21 minutes 10 seconds east by and along land formerly of William Mulvaney and now or formerly of Aeco Development Incorporated 340 feet to a point; (4) north 75 degrees 52 minutes 40 seconds east by and along land formerly of William Mulvaney and now or formerly of Aeco Development Incorporated 310 feet to a point; (5) south 15 degrees 8 minutes 40 seconds east and by along land formerly of William Mulvaney and now or formerly of Aeco Development Incorporated 1,000 feet to a point in the northerly line of Chesterfield Road; (6) south 75 degrees 52 minutes 40 seconds west in the northerly line of Chesterfield Road 75 feet to a point; (7) north 15 degrees 8 minutes 40 west by and along land now or formerly of Marilyn D. and Robert L. Johnson 125 feet to a point; (8) south 75 degrees 52 minutes 40 seconds west by and along land now or formerly of Marilyn D. and Robert L. Johnson 125 feet to a point; (9) south 15 degrees 8 minutes 40 seconds east by and along land now or formerly of Marilyn D. and Robert L. Johnson 125 feet to a point in the northerly line of Chesterfield Road; (10) south 75 degrees 52 minutes 40 seconds west in the northerly line of Chesterfield Road 110 feet to a point; (11) south 71 degrees 21 minutes 10 seconds west in the northerly line of Chesterfield Road 90 feet to a point; (12) north 15 degrees 8 minutes 40 seconds west by and along land now or formerly of Ralph R. Rakowsky 125 feet to a point; (13) south 71 degrees 21 minutes 10 seconds west by and along land now or formerly of Ralph R. Rakowsky and land formerly of Dart and Bogue Co. 200 feet to a point; (14) south 15 degrees 8 minutes 40 seconds east by and along said Dart & Bogus Co. land 125 feet to a point in the northerly line of Chesterfield Road; (15) south 71 degrees 21 minutes 10 seconds west 50 feet, more or less, to the point and place of beginning.

Reference is hereby made to the first piece in a quit claim deed from Joremi Lands, Inc. to Associated Funding Company dated June 30, 1974 and recorded at volume 123, page 140 of Montville Land Records.

There is excepted from the First Tract those premises conveyed by the following deeds:

1.    Warranty deed from First Acme Corporation to Robert L. Johnson and Marilyn D. Johnson dated October 6, 1969 and recorded on October 30, 1969 at volume 106, page 313 of Montville Land Records.
2.    Warranty deed from First Acme Corporation to Robert J. Clark, Jr. and Phyllis M. Clark dated September 29, 1969 and recorded at volume 106, page 328 of Montville Land Records.

**SECOND TRACT:**    Begin at a point in the northerly line of Chesterfield Road, which point is located at the southeasterly corner of land now or formerly of Jonathan Gay and at the southwesterly corner of the premises herein described; thence run the following courses and distances: (1) north zero degrees 48 minutes 11 seconds east by and along land now or formerly of Jonathan Gay 1,170.93 feet to a point; (2) south 89 degrees 11 minutes 49 seconds east by and along land now or formerly of Aeco Development Incorporated 125 feet, more or less, to a point; (3) north zero degrees 48 minutes 11 seconds east by and along land now or formerly of Aeco Development Incorporated 87.91 feet to a point; (4) north 89 degrees 43 minutes zero seconds east by and along land now or formerly of Aeco Development Incorporated 450.09 feet to a point; (5) north 86 degrees 14 minutes 57 seconds east by and along land now or formerly of Aeco Development Incorporated 72.75 feet to a point; (6) north 17 degrees 24 minutes 32 seconds west by and along land now or formerly of Aeco Development Incorporated 120.40 feet to a point; (7) north 72 degrees 35 minutes 28 seconds east by and along land now or formerly of Aeco Development Incorporated 295 feet to a point; (8) south 17 degrees 24 minutes 32 seconds east by and along the Third Piece described below 160.55 feet to a point at the northwesterly corner of land now or formerly of Walter Piotrowski and Hilda Piotrowski; (9) south 17 degrees 24 minutes 32 seconds east by and said Piotrowski land 258.95 feet to a point; (10) south 12 degrees 26 minutes 32 seconds east by and along said Piotrowski land 196.24 feet to a point; (11) south 9 degrees 9 minutes 54 seconds east by and along said Piotrowski land 162.06 feet to a point; (12) south 9 degrees 26 minutes 35 seconds east by and along said Piotrowski land 76.45 feet to a point in the northerly line of Chesterfield Road; (13) south 60 degrees 38 minutes 47 seconds west in the northerly line of Chesterfield Road 112.37 feet to a point; (14) south 58 degrees 26 minutes 8 seconds west in the northerly line of Chesterfield Road 230.38 feet to a point; (15) south 56 degrees 11 minutes 4 seconds west in the northerly line of Chesterfield Road 100.14 feet to a point at the southeasterly corner of land now or formerly of Margaret Mulvaney; (16) north 30 degrees 49 minutes 54 seconds west by and along said Margaret Mulvaney land 132.81 feet to a point; (17) north 59 degrees 10 minutes 6 seconds east by and along said Margaret Mulvaney land 100 feet to a point; (18) north 79 degrees 21 minutes 46 seconds west by and along said Margaret Mulvaney

443484.v2

land 150.93 feet to a point; (19) north 89 degrees 11 minutes 49 seconds west by and along said Margaret Mulvaney land 300 feet to a point; (20) south zero degrees 48 minutes 11 seconds west by and along said Margaret Mulvaney land 364.37 feet to a point; (21) north 58 degrees 9 minutes 20 seconds east by and along said Margaret Mulvaney land 284.07 feet to a point; (22) south 25 degrees 2 minutes 57 seconds by and along said Margaret Mulvaney land 125 feet to a point in the northerly line of Chesterfield Road; (23) south 49 degrees 9 minutes 46 seconds west in the northerly line of Chesterfield Road 51.65 feet to a point; (24) south 54 degrees 23 minutes 21 seconds west in the northerly line of Chesterfield Road 183.37 feet to a point; (25) south 64 degrees 57 minutes 3 seconds west in the northerly line of Chesterfield Road 209.01 feet to a point, (26) south 72 degrees 31 minutes zero seconds west 229.01 feet, more or less, to the point and place of beginning.

Reference is hereby made to the Second Piece in a quit claim deed from Joremi Lands, Inc. to Associated Funding Company dated June 30, 1974 and recorded on October 7, 1974, volume 123, page 140 of the Montville Land Records.

There is excepted from the above tract those premises conveyed by the following conveyances:

1.        Warranty deed from First Acme Corporation to George Ford and Rebecca Ford dated October 9, 1965 and recorded at volume 89, page 643 of Montville Land Records.
2.        These premises described in a quit claim deed from First Acme Corporation to Vincent N. Dangler and Esteele L. Dangler dated March 3, 1966 and recorded at volume 91, page 12 of Montville Land Records
3.        Those premises described in a warranty deed from First Acme Corporation to Ernest Currier dated July 11, 1967 and recorded at volume __, page 259 of Montville Land Records.
4.        Those premises described in a warranty deed from Associated Funding Company to James D. Pothier and Margaret A. Pothier dated October 18, 1977 and recorded at volume 133, page 844 of Montville Land Records.
5.        Those premises described in a warranty deed from Associated Funding Company to Oliver P. Barter and Dorothy P. Barter dated October 18, 1977 and recorded at volume 133, page 925 of Montville Land Records.
6.        Those premises described in a warranty deed from Associated Funding Company to Nazatko Realty Group dated September 23, 1987 and recorded on September 24, 1987 at volume 193, page 602 of Montville Land Records.
7.        Those premises described in a warranty deed from Associated Funding Company to the Estate of Frances J. Mulvaney dated September 23, 1987 and recorded on September 24, 1987 at volume 193, page 598 of Montville Land Records.

**THIRD TRACT:**    Begin at a point at the northwesterly corner of land conveyed, to Aeco Development Incorporated by William E. Mulvaney and Margaret C. Mulvaney by Warranty Deed dated July 2, 1954 and recorded at Page 499 of Volume 58 of the Montville Land Records, the description wherein was corrected by a Correction Deed from William E. Mulvaney and Margaret C. Mulvaney dated September 23, 1963 and recorded at 3:16 P.M. on October 4, 1963 in the Montville Land Records; thence run the following courses and distances: (1) south 15 degrees 8 minutes 40 seconds east by and along land now or formerly of Walter and Hilda Piotrowski 458.45 feet to a point; (2) north 75 degrees 15 minutes 40 seconds west by and along land now or formerly of Walter and Hilda Piotrowski 77 feet to a point; (3) north 85 degrees 16 minutes 20 seconds west by and along said Piotrowski land 50.48 feet to a point; (4) south 81 degrees 54 minutes zero seconds west 84.59 feet to a point; (5) south 80 degrees 31 minutes 20 seconds west 208.64 feet to a point at the easterly boundary of the second piece above described; (6) north 17 degrees 24 minutes 31 seconds west by and along said second piece and land formerly of William Mulvaney now or formerly of Aeco Development Incorporated 400.29 feet to a point; (7) south 78 degrees 39 minutes 30 seconds west by and along land formerly of William Mulvaney now or formerly of Aeco Development Incorporated 422.58 feet, more or less, to the point and place of beginning.

Reference is hereby made to the Third Piece in a deed from Joremi Lands Inc. to Associated Funding Company dated June 30, 1974 and recorded on October 7, 1974, at volume 123, page 140 of Montville Land Records and further to a quit claim deed from the Oakdale Water Association, Inc. to Associated Funding Company dated October 1, 1980 and recorded on October 10, 1980 at volume 143, page; 599 of Montville Land Records.

**FOURTH TRACT:**    Beginning at a point in the northerly street line of Chesterfield Road at the southeasterly corner of land now or formerly of Nancy A. Childers and a southwesterly corner of the herein described tract; thence running in a general northeasterly direction for a distance of 441.55 feet, more or less, bounded southeasterly by Chesterfield Road, to a point at land now or formerly of the Hartford Electric Light Company; thence turning and running in a general northerly direction for a distance of 800 feet, more or less, bounded easterly by timid Hartford Electric Light Company land to a point in the southerly line of land formerly of Dombrowski, et al.; thence turning and running in a

445484-2

general westerly direction for a distance of 2,720 feet, more or less, bounded northerly by said land now or formerly of Dombrowski to land formerly of Jonathan Oey; thence turning and running in a general southerly direction for a distance of 1,235 feet, more or less, bounded westerly by said formerly Oey land to the northwesterly corner of the second tract above described; thence running south 89 degrees 11 minutes 49 seconds east for a distance of 125 feet, more or less, by and along said second tract to a point; thence running north 0 degrees 48 minutes 11 seconds east for a distance of 87.91 feet by and along said second tract to a point; thence running north 89 degrees 43 minutes 0 seconds east for a distance of 450.09 feet by and along said second tract to a point; thence running north 86 degrees; 14 minutes 57 seconds east for a distance of 72.75 feet by and along said second tract to a point; thence running north 17 degrees 24 minutes 32 seconds west for a distance of 120.40 feet by and along said second tract to a point; thence running north 72 degrees 35 minutes 28 seconds east for a distance of 295 feet by and along said second tract to a point; thence running in a general northwesterly direction bounded northeasterly by the third tract hereinbefore described to the northwesterly corner of said third tract; thence running in a general northeasterly direction for a distance of 1,072 feet, more or less, bounded southeasterly by said third tract in part and in part by said first tract to the northeasterly corner of said first tract; thence running in a general southerly direction for a distance of 1,000 feet, more or less, bounded westerly in part by said first tract and in part by land now or formerly, of Nancy A. Childers to the northerly line of the Chesterfield Road and the point and place of beginning.

**FIFTH TRACT:**    Commencing at a point which marks the southeasterly corner of the herein described premises which point is 132.88 feet northerly from an iron pin set in the northerly line of Chesterfield Road, which iron pin marks the southwesterly corner of land conveyed by Associated Funding Company to the Estate of Frances J. Mulvaney; thence running north 25 degrees 00 minutes 42 seconds West for a distance of 12.12 feet to an iron pipe in the northeasterly corner of the herein described premises; thence running south 58 degrees 09 minutes 31 seconds west for a distance of 229.39 feet to an iron pipe in the northwesterly corner of the herein described premises; thence running south O degrees 48 minutes 20 seconds West for a distance of 14.29 feet to an iron pin on the southwesterly corner of the herein described premises; thence running north 58 degrees; 09 minutes 31 seconds east for a distance of 284.10 feet to the point and planer of beginning.

Reference is hereby made to an Executor's deed from Jonathan Day Durfee, Executor of the estate of Frances J. Mulvaney, to Associated Funding Company dated September 23, 1987 and recorded on September 24, 1987 at volume 193, page 60, of Montville Land Records.

**SCHEDULE B**

Said Premises are subject to the following:

1.    Building lines, if established, all laws, ordinances, or governmental regulations, including building and zoning ordinances, affecting said premises.

2.    Real estate taxes and municipal charges on the List of October 1, 2005 to the Town of Montville, the first half having been paid by the Grantor, which taxes the Grantee assumes and agrees to pay as part of the consideration of this deed.

3.    Facts as an accurate survey and/or physical inspection of the premises might reveal.

4.    Rights of others to use of any water or well that may be situated on the premises.

5.    A sewer assessment benefit lien in favor of the Water Pollution Control Authority.

6.    Public improvement assessments and other unpaid installment thereof, if any.

7.    A pole line easement from Aeco Development, Inc. to the Hartford Electric Light Company, encumbering the second and third tracts hereinbefore described dated March 17, 1964 and recorded on March 26, 1964 at Vol. 81 Pg. 368 of the Montville Land Records.

Received for Record at Montville, CT
On 12/11/2006 At 4:06:06 pm

443484.v2

Received for Record at Montville, CT
On 03/15/2007 At 11:16:25 am

STATE OF CONNECTICUT:
          : SS. WEST HARTFORD         August 11, 2008
COUNTY OF HARTFORD  :

THE within and foregoing Amended Lis Pendens is a like copy of the original Amended Lis Pendens recorded at the town clerk's office in the town of Montville.

ALSO on the 11th day of August 2008, and by virtue hereof and direction of the plaintiff's attorney, I made due and legal service by leaving a true and attested copy of the original Amended Lis Pendens with and in the hands of Gary Scappini, Manager for C T Corporation System, whom is the duly authorized Statutory Agent to accept service on behalf of the within named defendant:

**MOHEGAN HILL DEVELOPMENT, LLC**

At One Corporate Center, 11th floor, Hartford.

ALSO on the 11th day of August 2008, I made due and legal service of the within original Amended Lis Pendens by leaving a true and attested copy at the office of Attorney Douglas M. Evans, whom is duly authorized to accept service on behalf of the within named defendant:

**MOHEGAN HILL DEVELOPMENT, LLC**

At 29 Memorial Drive, West Hartford.

**SCOTT M. KRAIMER**
CONNECTICUT STATE MARSHAL
P.O. Box 271621 • West Hartford, CT 06127-1621 • 860-521-1223

THE WITHIN IS THE CERTIFIED COPY OF THE ORIGINAL
AMENDED LIS PENDENS WITH MY DOINGS HEREON ENDORSED.

FEES:                                           ATTEST:

SERVICE              $ 30.00
TRAVEL               $ 15.80               SCOTT M. KRAIMER
ENDORSEMENTS         $  1.20               CT. STATE MARSHAL
PAGES                $  5.00               HARTFORD COUNTY
RECORDING FEE        $ 20.00
PD. TOWN CLERK       $ 74.00

TOTAL                $146.00

**State of** Connecticut
County of Hartford

Judicial Department

**SCOTT M. KRAIMER**

CONNECTICUT STATE MARSHAL

P.O. Box 271621 • West Hartford, CT 06127-1621 • 860-521-1223