*Order Filed on 08/02/2010 by Clerk U.S. Bankruptcy Court District of New Jersey*

| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) <br> COLE, SCHOTZ, MEISEL, <br> FORMAN & LEONARD, P.A. <br> A Professional Corporation <br> Court Plaza North <br> 25 Main Street <br> P.O. Box 800 <br> Hackensack, NJ 07602-0800 <br> (201) 489-3000 <br> (201) 489-1536 Facsimile <br> Michael D. Sirota, Esq. <br> Warren A. Usatine, Esq. <br> Attorneys for Tarragon Corporation, *et al.*, <br> Debtors-in-Possession |

| | |
|---|---|
| In re: <br><br> TARRAGON CORPORATION, *et al.* <br><br> Debtors-in-Possession. | Case No. 09-10555 (DHS) <br><br> Judge: Donald H. Steckroth <br><br> Chapter 11 |

**ORDER PURSUANT TO 11 U.S.C. § 1112(b) DISMISSING THE CHAPTER 11 CASES OF CHARLESTON TARRAGON MANAGER, LLC, OMNI EQUITIES CORPORATION AND VISTA LAKES TARRAGON, LLC**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 08/02/2010**

_____
Honorable Donald H. Steckroth
United States Bankruptcy Judge

38590/0031-6832277v1

| | |
|---|---|
| (Page 2) | |
| Debtor: | TARRAGON CORPORATION, *et al.* |
| Case No.: | 09-10555 (DHS) |
| Caption of Order: | ORDER PURSUANT TO 11 U.S.C. § 1112(B) DISMISSING THE CHAPTER 11 CASES OF CHARLESTON TARRAGON MANAGER, LLC, OMNI EQUITIES CORPORATION AND VISTA LAKES TARRAGON, LLC |

THIS MATTER having been opened to the Court by Cole, Schotz, Meisel, Forman & Leonard, P.A., attorneys to Charleston Tarragon Manager, LLC, Omni Equities Corporation and Vista Lakes Tarragon, LLC, three (3) of the within debtors and debtors-in-possession, upon motion for an Order pursuant to 11 U.S.C. § 1112(b) dismissing their Chapter 11 cases (the "Motion"); and good and sufficient notice of the Motion having been provided, as evidenced by the Affidavit of Service filed with the Court; and the Court having considered the moving papers, the opposition thereto, if any, and the arguments of counsel, if any; and good cause appearing for the entry of this Order;

IT IS ORDERED as follows:

1. The Chapter 11 cases of Charleston Tarragon Manager [Case No. 09-10559], LLC, Omni Equities Corporation [Case No. 09-10564] and Vista Lakes Tarragon, LLC [Case No. 09-10579] be and are hereby dismissed pursuant to 11 U.S.C. § 1112(b).

2. The Debtors' counsel shall serve a copy of this Order on all parties-in-interest by regular mail within seven (7) days hereof.

---

[2] Capitalized terms used not but otherwise defined herein shall have the meanings ascribed to them in the Motion.

38590/0031-6832277v1

*Approved by Judge Donald H. Steckroth August  02, 2010*